# United States Court of Appeals
### For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

September 15, 2022

Mr. Bart W. Calhoun
MCDANIEL & WOLFF
1307 W. Fourth Street
Little Rock, AR 72201

Mr. Robert J. Fedor
LAW OFFICE OF ROBERT J. FEDOR
Suite 107
23550 Center Ridge Road
Westlake, OH 44145

RE: 22-2953 Twin Med LLC v. Skyline Healthcare LLC, et al

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

We note the docketing fee is pending. Please pay the $505 docket and filing fees to the district court clerk immediately. Failure to pay the fee will result in issuance of an order to show cause why the appeal should not be dismissed.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Page Two
22-2953

    Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

    On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

    If you have any questions about the schedule or procedures for the case, please contact our office

                                Michael E. Gans
                                Clerk of Court

CAH

Enclosure(s)

cc:    Ms. Karen Baker
       Ms. Karen Dellinger
       Mr. Richard T. Donovan
       Ms. Tammy H. Downs

    District Court/Agency Case Number(s):   4:19-cv-00415-JM

**Caption For Case Number:   22-2953**

Twin Med LLC

        Plaintiff - Appellee

v.

Skyline Healthcare LLC

        Defendant - Appellant

Pro Procurement Services LLC

        Defendant

Joseph Schwartz; Searcy Holdings LLC, doing business as Searcy Health and Rehab; Lonoke Healthcare Center and Rehabilitation Facility LLC, doing business as Grand Prairie Care and Rehabilitation

        Defendants - Appellants

Spring Place Healthcare & Rehabilitation Center LLC

        Defendant

Broadway Health Holdings LLC, doing business as Broadway Health and Rehabilitation, doing business as Broadway Holdings LLC; Laurel Brook Healthcare & Rehabilitation Center LLC

        Defendants - Appellants

Dierks Healthcare & Rehabilitation Center LLC

        Defendant

Highlands of Little Rock West Markham LLC, doing business as Highlands of Little Rock at Midtown Therapy and Living Center; Highlands of Mountain View SNF Holdings LLC, doing business as Highlands of Mountain View Therapy and Living Center; Magnolia Health Holdings LLC; White Hall Holdings LLC, doing business as White Hall Health and Rehab; Linrock Health Care and Rehabilitation Center LLC; Batesville Holdings LLC, doing business as Batesville Health and Rehab LLC; Heritage of Hot Springs Holdings LLC, doing business as Heritage of Hot Springs, doing business as Hot Springs Holding LLC; Mine Creek Holdings LLC, doing business as Mine Creek Health and Rehab; Highlands of Fort Smith Holdings LLC, doing business as Highlands of Fort Smith Therapy and Living Center; Jonesboro Holdings LLC, doing business as Jonesboro Health and Rehab LLC; Highlands of Stamps Holdings LLC, doing business as Highlands of Stamps Therapy and Living Center; Highlands of Stamps LLC, doing business as Highlands of Stamps Therapy and Living Center; Highlands of Rogers Dixieland Holdings LLC, doing business as Highlands of Northwest Arkansas Therapy and Living Center; Creekside Health Holdings LLC, doing business as Creekside Health and Rehab, doing business as Creekside Holdings LLC; Lindley HealthCare and Rehabilitation Center LLC, doing business as Lindley Healthcare and Rehabilitation Center; Crown Point HealthCare & Rehabilitation Center LLC

        Defendants - Appellants

**Addresses For Case Participants: 22-2953**

Mr. Bart W. Calhoun
MCDANIEL & WOLFF
1307 W. Fourth Street
Little Rock, AR 72201

Mr. Robert J. Fedor
LAW OFFICE OF ROBERT J. FEDOR
Suite 107
23550 Center Ridge Road
Westlake, OH 44145

Ms. Karen Baker
ROSE LAW FIRM
120 E. Fourth Street
Little Rock, AR 72201-2893

Ms. Karen Dellinger
RICHARD SHEPPARD ARNOLD U.S. COURTHOUSE
C-115
500 W. Capitol Avenue
Little Rock, AR 72201

Mr. Richard T. Donovan
ROSE LAW FIRM
120 E. Fourth Street
Little Rock, AR 72201-2893

Ms. Tammy H. Downs
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR 72201-0000