# U.S. District Court
## Eastern District of Arkansas (Central Division)
## CIVIL DOCKET FOR CASE #: 4:19−cv−00415−JM
### *Internal Use Only*

Twin Med LLC v. Skyline Healthcare LLC et al
Assigned to: Judge James M. Moody Jr.
Cause: 28:1332 Diversity−Personal Injury−Product Liability

Date Filed: 06/13/2019
Date Terminated: 08/18/2022
Jury Demand: Both
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Twin Med LLC**

represented by **Karen Baker**
Rose Law Firm
120 East Fourth Street
Little Rock, AR 72201−2893
501−377−0425
Fax: 501−375−1309
Email: bbaker@roselawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard T. Donovan**
Rose Law Firm
120 East Fourth Street
Little Rock, AR 72201−2893
501−375−9131
Email: rdonovan@roselawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Skyline Healthcare LLC**

represented by **Bart W. Calhoun**
McDaniel Wolff PLLC
1307 West Fourth Street
Little Rock, AR 72201
501−954−8000
Email: bart@mwbfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert J. Fedor**
Robert J. Fedor, ESQ., LLC
23550 Center Ridge Road
Suite 107
Westlake, OH 44145
440−250−9709
Fax: 440−250−9714
Email: rjfedor@fedortax.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pro Procurement Services LLC**

represented by **Pro Procurement Services LLC**
c/o Sam Rosenbaum
40 Vreeland Avenue
Suite 105

Totowa, NJ 07512
917–474–5460
PRO SE

**Bart W. Calhoun**
(See above for address)
*TERMINATED: 12/11/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert J. Fedor**
(See above for address)
*TERMINATED: 12/11/2020*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Joseph Schwartz**         represented by    **Bart W. Calhoun**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert J. Fedor**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Searcy Holdings LLC**      represented by    **Bart W. Calhoun**
*doing business as*    (See above for address)
Searcy Health and Rehab    *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert J. Fedor**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lonoke Healthcare Center and**     represented by    **Bart W. Calhoun**
**Rehabilitation Facility LLC**    (See above for address)
*doing business as*    *LEAD ATTORNEY*
Grand Prairie Care and Rehabilitation    *ATTORNEY TO BE NOTICED*

**Robert J. Fedor**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Spring Place Healthcare &**
**Rehabilitation Center LLC**

**Defendant**

**Highlands of Little Rock West**     represented by    **Bart W. Calhoun**
**Markham LLC**    (See above for address)
*doing business as*    *LEAD ATTORNEY*
Highlands of Little Rock at Midtown    *ATTORNEY TO BE NOTICED*

Therapy and Living Center

**Robert J. Fedor**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Broadway Health Holdings LLC**
*doing business as*
Broadway Health and Rehabilitation
*doing business as*
Broadway Holdings LLC

represented by **Bart W. Calhoun**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert J. Fedor**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Laurel Brook Healthcare & Rehabilitation Center LLC**

represented by **Bart W. Calhoun**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert J. Fedor**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dierks Healthcare & Rehabilitation Center LLC**

**Defendant**

**Highlands of Little Rock South Cumberland Holdings LLC**
*doing business as*
Highlands of Little Rock at Cumberland Therapy and Living Center

represented by **Bart W. Calhoun**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert J. Fedor**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Highlands of Mountain View SNF Holdings LLC**
*doing business as*
Highlands of Mountain View Therapy and Living Center

represented by **Bart W. Calhoun**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert J. Fedor**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

represented by

**Waters of North Little Rock LLC**
*TERMINATED: 07/09/2019*

Robert J. Fedor
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**Magnolia Health Holdings LLC**
*doing business as*
Magnolia Health and Rehab
*doing business as*
Magnolia Holdings LLC

represented by **Bart W. Calhoun**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert J. Fedor**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**White Hall Holdings LLC**
*doing business as*
White Hall Health and Rehab

represented by **Bart W. Calhoun**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert J. Fedor**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**Linrock Health Care and
Rehabilitation Center LLC**

represented by **Bart W. Calhoun**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert J. Fedor**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**Batesville Holdings LLC**
*doing business as*
Batesville Health and Rehab LLC

represented by **Bart W. Calhoun**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert J. Fedor**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**Heritage of Hot Springs Holdings LLC**
*doing business as*
Heritage of Hot Springs
*doing business as*
Hot Springs Holding LLC

represented by **Bart W. Calhoun**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert J. Fedor**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

**Defendant**

| | | |
|---|---|---|
| **Mine Creek Holdings LLC**<br>*doing business as*<br>Mine Creek Health and Rehab | represented by | **Bart W. Calhoun**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert J. Fedor**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Madison Health & Rehab LLC**<br>*TERMINATED: 03/30/2021* | represented by | **Ronald Schroeder Burnett , Jr.**<br>Parker Hurst & Burnett PLC<br>Post Office Box 1733<br>Jonesboro, AR 72403–1733<br>870–268–7608<br>Fax: 870–268–7607<br>Email: rburnett@phbfirm.com<br>*TERMINATED: 03/30/2021*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Highlands of Fort Smith Holdings LLC**<br>*doing business as*<br>Highlands of Fort Smith Therapy and<br>Living Center | represented by | **Bart W. Calhoun**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert J. Fedor**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Jonesboro Holdings LLC**<br>*doing business as*<br>Jonesboro Health and Rehab LLC | represented by | **Bart W. Calhoun**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert J. Fedor**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Highlands of Stamps Holdings LLC**<br>*doing business as*<br>Highlands of Stamps Therapy and Living<br>Center | represented by | **Bart W. Calhoun**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert J. Fedor**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Highlands of Stamps LLC**
*doing business as*
Highlands of Stamps Therapy and Living
Center

represented by **Robert J. Fedor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Highlands of Rogers Dixieland
Holdings LLC**
*doing business as*
Highlands of Northwest Arkansas
Therapy and Living Center

represented by **Bart W. Calhoun**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert J. Fedor**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Creekside Health Holdings LLC**
*doing business as*
Creekside Health and Rehab
*doing business as*
Creekside Holdings LLC

represented by **Bart W. Calhoun**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert J. Fedor**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lindley HealthCare and Rehabilitation
Center LLC**
*doing business as*
Lindley HealthCare and Rehabilitation
Center

represented by **Bart W. Calhoun**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert J. Fedor**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Glenwood Health & Rehabilitation
LLC**
*TERMINATED: 07/09/2019*

**Defendant**

**Stonegate Villa Health and
Rehabilitation LLC**
*TERMINATED: 07/09/2019*

**Defendant**

**Crown Point HealthCare &
Rehabilitation Center LLC**

represented by **Bart W. Calhoun**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert J. Fedor**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

Email All Attorneys (Primary Address)
Email All Attorneys (Primary and Secondary Address)

| Date Filed | # | Docket Text |
|---|---|---|
| 06/13/2019 | 1 | COMPLAINT with Jury Demand against All Defendants filed by Twin Med LLC. Summons issued and returned to counsel. (Fee of $400 paid. Receipt Number LIT072595.) (Attachments: # 1 Civil Cover Sheet) (jbh) (Entered: 06/14/2019) |
| 06/13/2019 | 2 | Corporate Disclosure Statement (Rule 7.1) by Twin Med LLC. (jbh) (Entered: 06/14/2019) |
| 07/03/2019 | 3 | NOTICE by Twin Med LLC *Notice of Dismissal Pursuant to Rule 41(a)(1)* (Donovan, Richard) (Entered: 07/03/2019) |
| 07/05/2019 | 4 | NOTICE of Appearance by Ronald Schroeder Burnett, Jr on behalf of Madison Health & Rehab LLC (Burnett, Ronald) (Entered: 07/05/2019) |
| 07/05/2019 | 5 | ANSWER to 1 Complaint with Jury Demand by Madison Health & Rehab LLC.(Burnett, Ronald) (Entered: 07/05/2019) |
| 07/09/2019 | 6 | ORDER adopting 3 notice of dismissal and dismissing without prejudice defendants Stonegate Health & Rehabilitation, LLC; Glenwood Health & Rehabilitation LLC; and Waters of North Little Rock, LLC. Signed by Judge Kristine G. Baker on 7/9/2019. (jbh) (Entered: 07/09/2019) |
| 07/29/2019 | 7 | AFFIDAVIT of Service *Batesville Holdings, LLC*, filed by Twin Med LLC. Batesville Holdings LLC served on 7/16/2019. (Baker, Karen) (Docket text modified on 7/31/2019 to correct the party served) (jak) (Entered: 07/29/2019) |
| 07/29/2019 | 8 | AFFIDAVIT of Service , filed by Twin Med LLC. Broadway Health Holdings LLC served on 7/16/2019. (Baker, Karen) (Entered: 07/29/2019) |
| 07/29/2019 | 9 | AFFIDAVIT of Service of Summons , filed by Twin Med LLC. Crown Point HealthCare & Rehabilitation Center LLC served on 7/16/2019. (Baker, Karen) (Entered: 07/29/2019) |
| 07/29/2019 | 10 | AFFIDAVIT of Service of Summons , filed by Twin Med LLC. Creekside Health Holdings LLC served on 7/16/2019. (Baker, Karen) (Entered: 07/29/2019) |
| 07/29/2019 | 11 | AFFIDAVIT of Service of Summons , filed by Twin Med LLC. Dierks Healthcare & Rehabilitation Center LLC served on 7/16/2019. (Baker, Karen) (Entered: 07/29/2019) |
| 07/29/2019 | 12 | AFFIDAVIT of Service of Summons , filed by Twin Med LLC. Heritage of Hot Springs Holdings LLC served on 7/16/2019. (Baker, Karen) (Entered: 07/29/2019) |
| 07/29/2019 | 13 | AFFIDAVIT of Service of Summons , filed by Twin Med LLC. Highlands of Stamps Holdings LLC served on 7/16/2019. (Baker, Karen) (Entered: 07/29/2019) |
| 07/29/2019 | 14 | AFFIDAVIT of Service of Summons , filed by Twin Med LLC. Highlands of Fort Smith Holdings LLC served on 7/16/2019. (Baker, Karen) (Entered: 07/29/2019) |
| 07/29/2019 | 15 | AFFIDAVIT of Service , filed by Twin Med LLC. Highlands of Little Rock South Cumberland Holdings LLC served on 7/16/2019. (Baker, Karen) (Entered: 07/29/2019) |
| 07/29/2019 | 16 | AFFIDAVIT of Service of Summons , filed by Twin Med LLC. Highlands of Little Rock West Markham LLC served on 7/16/2019. (Baker, Karen) (Entered: 07/29/2019) |
| 07/29/2019 | 17 | AFFIDAVIT of Service of Summons , filed by Twin Med LLC. Highlands of Mountain View SNF Holdings LLC served on 7/16/2019. (Baker, Karen) (Entered: 07/29/2019) |
| 07/29/2019 | 18 | AFFIDAVIT of Service of Summons , filed by Twin Med LLC. Highlands of Rogers Dixieland Holdings LLC served on 7/16/2019. (Baker, Karen) (Entered: 07/29/2019) |
| 07/29/2019 | 19 | AFFIDAVIT of Service of Summons , filed by Twin Med LLC. Highlands of Stamps LLC served on 7/16/2019. (Baker, Karen) (Entered: 07/29/2019) |

| 07/29/2019 | 20 | AFFIDAVIT of Service of Summons , filed by Twin Med LLC. Joseph Schwartz served on 7/16/2019. (Baker, Karen) (Entered: 07/29/2019) |
|---|---|---|
| 07/29/2019 | 21 | AFFIDAVIT of Service of Summons , filed by Twin Med LLC. Jonesboro Holdings LLC served on 7/16/2019. (Baker, Karen) (Entered: 07/29/2019) |
| 07/29/2019 | 22 | AFFIDAVIT of Service of Summons , filed by Twin Med LLC. Laurel Brook Healthcare & Rehabilitation Center LLC served on 7/16/2019. (Baker, Karen) (Entered: 07/29/2019) |
| 07/29/2019 | 23 | AFFIDAVIT of Service of Summons , filed by Twin Med LLC. Lindley HealthCare and Rehabilitation Center LLC served on 7/16/2019. (Baker, Karen) (Entered: 07/29/2019) |
| 07/29/2019 | 24 | AFFIDAVIT of Service of Summons , filed by Twin Med LLC. Linrock Health Care and Rehabilitation Center LLC served on 7/16/2019. (Baker, Karen) (Entered: 07/29/2019) |
| 07/29/2019 | 25 | AFFIDAVIT of Service of Summons , filed by Twin Med LLC. Lonoke Healthcare Center and Rehabilitation Facility LLC served on 7/16/2019. (Baker, Karen) (Entered: 07/29/2019) |
| 07/29/2019 | 26 | AFFIDAVIT of Service of Summons , filed by Twin Med LLC. Madison Health & Rehab LLC served on 7/16/2019. (Baker, Karen) (Entered: 07/29/2019) |
| 07/29/2019 | 27 | AFFIDAVIT of Service of Summons , filed by Twin Med LLC. Magnolia Health Holdings LLC served on 7/16/2019. (Baker, Karen) (Entered: 07/29/2019) |
| 07/29/2019 | 28 | AFFIDAVIT of Service of Summons , filed by Twin Med LLC. Mine Creek Holdings LLC served on 7/16/2019. (Baker, Karen) (Entered: 07/29/2019) |
| 07/29/2019 | 29 | AFFIDAVIT of Service of Summons , filed by Twin Med LLC. Pro Procurement Services LLC served on 7/16/2019. (Baker, Karen) (Entered: 07/29/2019) |
| 07/29/2019 | 30 | AFFIDAVIT of Service of Summons , filed by Twin Med LLC. Searcy Holdings LLC served on 7/16/2019. (Baker, Karen) (Entered: 07/29/2019) |
| 07/29/2019 | 31 | AFFIDAVIT of Service of Summons , filed by Twin Med LLC. Skyline Healthcare LLC served on 7/16/2019. (Baker, Karen) (Entered: 07/29/2019) |
| 07/29/2019 | 32 | AFFIDAVIT of Service of Summons , filed by Twin Med LLC. Spring Place Healthcare & Rehabilitation Center LLC served on 7/16/2019. (Baker, Karen) (Entered: 07/29/2019) |
| 07/29/2019 | 33 | AFFIDAVIT of Service of Summons , filed by Twin Med LLC. White Hall Holdings LLC served on 7/16/2019. (Baker, Karen) (Entered: 07/29/2019) |
| 07/31/2019 | | NOTICE OF DOCKET CORRECTION re 7 Affidavit of Service. CORRECTION: The docket text was modified to correct the party served as Batesville Holdings LLC as marked on the document. (jak) (Entered: 07/31/2019) |
| 08/07/2019 | 34 | Unopposed MOTION to Extend Time *to Plead* by Twin Med LLC (Donovan, Richard) (Entered: 08/07/2019) |
| 08/08/2019 | 35 | ORDER granting 34 unopposed motion for extension of time to plead. Defendants shall have up to and including 8/21/2019, to file a responsive pleading. Signed by Judge Kristine G. Baker on 8/8/2019. (jbh) (Entered: 08/08/2019) |
| 08/14/2019 | 36 | NOTICE by Joseph Schwartz (Calhoun, Bart) (Entered: 08/14/2019) |
| 08/20/2019 | 37 | MOTION for Leave to Appear pro hac vice by Robert Fedor. Fee $100 receipt number 0860−3522522. Filed by Joseph Schwartz (Attachments: # 1 Exhibit)(Calhoun, Bart) (Entered: 08/20/2019) |
| 08/20/2019 | 38 | MOTION to Dismiss for Lack of Jurisdiction by Joseph Schwartz (Calhoun, Bart) (Entered: 08/20/2019) |
| 08/20/2019 | 39 | BRIEF IN SUPPORT re 38 Motion to Dismiss/Lack of Jurisdiction filed by Joseph Schwartz. (Calhoun, Bart) (Entered: 08/20/2019) |

| 09/03/2019 | <u>40</u> | Unopposed MOTION to Extend Time by Twin Med LLC (Baker, Karen) (Entered: 09/03/2019) |
|---|---|---|
| 09/04/2019 | <u>41</u> | ORDER granting <u>40</u> unopposed motion for extension of time. Twin Med, LLC, shall have up to and including 9/12/2019, to respond to defendants' <u>38</u> motion. Signed by Judge Kristine G. Baker on 9/4/2019. (jbh) (Entered: 09/04/2019) |
| 09/05/2019 | <u>42</u> | ORDER granting <u>37</u> Robert J. Feder's motion for pro hac vice admission. Mr. Feder, along with Bart Calhoun, shall appear as counsel on behalf of all defendents except Spring Place Healthcare & Rehabilitation Center LLC; Dierks Healthcare & Rehabilitation Center LLC; and Madison Health & Rehab LLC. Signed by Judge Kristine G. Baker on 9/5/2019. (kdr) (Entered: 09/05/2019) |
| 09/12/2019 | <u>43</u> | MOTION for Leave to File *To Take Expedited Jurisdictional Discovery, to Delay Ruling on Motion to Dismiss and to Amend Complaint* by Twin Med LLC (Attachments: # <u>1</u> Exhibit, # <u>2</u> Exhibit, # <u>3</u> Affidavit)(Baker, Karen) (Entered: 09/12/2019) |
| 09/12/2019 | <u>44</u> | BRIEF IN SUPPORT re <u>43</u> Motion for Leave to File *To Take Expedited Jurisdictional Discovery, to Delay Ruling on Motion to Dismiss and to Amend Complaint* filed by Twin Med LLC. (Baker, Karen) (Entered: 09/12/2019) |
| 09/12/2019 | <u>45</u> | RESPONSE to Motion re <u>38</u> MOTION to Dismiss for Lack of Jurisdiction filed by Twin Med LLC. (Attachments: # <u>1</u> Exhibit, # <u>2</u> Affidavit)(Baker, Karen) (Entered: 09/12/2019) |
| 09/19/2019 | <u>46</u> | MOTION for Leave to File *Reply to Plaintiff's Response to Motion to Dismiss* by Batesville Holdings LLC, Broadway Health Holdings LLC, Creekside Health Holdings LLC, Crown Point HealthCare & Rehabilitation Center LLC, Heritage of Hot Springs Holdings LLC, Highlands of Fort Smith Holdings LLC, Highlands of Little Rock South Cumberland Holdings LLC, Highlands of Little Rock West Markham LLC, Highlands of Mountain View SNF Holdings LLC, Highlands of Rogers Dixieland Holdings LLC, Highlands of Stamps Holdings LLC, Jonesboro Holdings LLC, Laurel Brook Healthcare & Rehabilitation Center LLC, Lindley HealthCare and Rehabilitation Center LLC, Linrock Health Care and Rehabilitation Center LLC, Lonoke Healthcare Center and Rehabilitation Facility LLC, Magnolia Health Holdings LLC, Mine Creek Holdings LLC, Pro Procurement Services LLC, Joseph Schwartz, Searcy Holdings LLC, Skyline Healthcare LLC, White Hall Holdings LLC (Attachments: # <u>1</u> Document Defendants' Reply to Plaintiff's Response to Motion to Dismiss)(Fedor, Robert) (Entered: 09/19/2019) |
| 09/26/2019 | <u>47</u> | RESPONSE in Opposition re <u>43</u> MOTION for Leave to File *To Take Expedited Jurisdictional Discovery, to Delay Ruling on Motion to Dismiss and to Amend Complaint* filed by Batesville Holdings LLC, Broadway Health Holdings LLC, Creekside Health Holdings LLC, Crown Point HealthCare & Rehabilitation Center LLC, Heritage of Hot Springs Holdings LLC, Highlands of Little Rock South Cumberland Holdings LLC, Highlands of Little Rock West Markham LLC, Highlands of Mountain View SNF Holdings LLC, Highlands of Rogers Dixieland Holdings LLC, Highlands of Stamps Holdings LLC, Jonesboro Holdings LLC, Laurel Brook Healthcare & Rehabilitation Center LLC, Lindley HealthCare and Rehabilitation Center LLC, Linrock Health Care and Rehabilitation Center LLC, Lonoke Healthcare Center and Rehabilitation Facility LLC, Magnolia Health Holdings LLC, Mine Creek Holdings LLC, Pro Procurement Services LLC, Joseph Schwartz, Searcy Holdings LLC, Skyline Healthcare LLC, White Hall Holdings LLC. (Fedor, Robert) (Entered: 09/26/2019) |
| 10/02/2019 | <u>48</u> | MOTION for Leave to File *Reply to Defendants' Response in Opposition to Plaintiff's Motion for Leave to Take Expedited Jurisdictional Discovery, to Delay Ruling on Motion to Dismiss and to Amend Complaint* by Twin Med LLC (Attachments: # <u>1</u> Exhibit)(Baker, Karen) (Entered: 10/02/2019) |
| 10/30/2019 | <u>49</u> | INITIAL SCHEDULING ORDER: Rule 26(f) Conference to occur by 12/30/2019; Rule 26(f) Report due by 1/13/2020; Jury Trial set for sometime during the week of 11/9/2020 at 09:00 AM in Little Rock Courtroom # 4C before Judge Kristine G. Baker. Signed at the direction of the Court on 10/30/2019. (tmw) (Entered: 10/30/2019) |

| | | |
|---|---|---|
| 12/12/2019 | 50 | MOTION for Entry of Default by Twin Med LLC (Attachments: # 1 Exhibit)(Baker, Karen) (Entered: 12/12/2019) |
| 12/12/2019 | 51 | Clerk's ENTRY OF DEFAULT as to Dierks Healthcare & Rehabilitation Center LLC. (jbh) (Entered: 12/12/2019) |
| 12/12/2019 | 52 | Clerk's ENTRY OF DEFAULT as to Spring Place Healthcare & Rehabilitation Center LLC. (jbh) (Entered: 12/12/2019) |
| 01/09/2020 | 53 | REPORT of Rule 26(f) Planning Meeting by Twin Med LLC. *Joint Rule 26 (f) Report* (Baker, Karen) (Entered: 01/09/2020) |
| 01/15/2020 | 54 | Mail Returned Undeliverable as to Dierks Healthcare & Rehabilitation Center LLC re 51 Clerk's Entry of Default as to Dierks Healthcare & Rehabilitation Center LLC. (fjg) (Entered: 01/15/2020) |
| 01/15/2020 | 55 | Mail Returned Undeliverable as to Spring Place Healthcare & Rehabilitation Center LLC re 52 Clerk's Entry of Default as to Spring Place Healthcare & Rehabilitation Center LLC. (fjg) (Entered: 01/15/2020) |
| 01/31/2020 | 56 | FINAL SCHEDULING ORDER: Jury Trial set for sometime during the week of 11/9/2020 at 09:00 AM in Little Rock Courtroom # 4C before Judge Kristine G. Baker. Discovery due by 8/10/2020; Motions due by 9/10/2020; Pretrial Disclosure Sheet due by 10/19/2020; Status Report due by 9/10/2020. Signed at the direction of the Court on 01/31/2020. (tmw) (Entered: 01/31/2020) |
| 03/19/2020 | 57 | ORDER denying 38 defendants' motion to dismiss; granting 43 Twin Med's motion for leave to take jurisdictional discovery for the purpose of establishing subject matter jurisdiction and personal jurisdiction for a period of 120 days from the date of this Order; granting 48 Twin Med's motion for leave to file a reply to the moving defendants' response; directing Twin Med to file its proposed reply within 14 days from the entry of this Order; denying without prejudice 43 Twin Med's motion to amend its complaint; and directing Twin Med to refile its motion with a proposed amended complaint attached within 120 days from the date of this Order. Signed by Judge Kristine G. Baker on 3/19/2020. (jbh) (Entered: 03/19/2020) |
| 04/03/2020 | 58 | RESPONSE in Support re 48 MOTION for Leave to File *Reply to Defendants' Response in Opposition to Plaintiff's Motion for Leave to Take Expedited Jurisdictional Discovery, to Delay Ruling on Motion to Dismiss and to Amend Complaint* filed by Twin Med LLC. (Baker, Karen) (Entered: 04/03/2020) |
| 06/09/2020 | 59 | Unopposed MOTION to Extend Time *to Extend Deadlines and Continue Trial Date* by Twin Med LLC (Baker, Karen) (Entered: 06/09/2020) |
| 06/12/2020 | 60 | ORDER granting 59 motion to extend deadlines and continue trial date. The Court will reset all deadlines and the trial date by separate order. Signed by Judge Kristine G. Baker on 6/12/2020. (jbh) (Entered: 06/12/2020) |
| 06/19/2020 | 61 | ORDER denying as moot 46 motion for leave to file reply to plaintiff's response to motion to dismiss instanter. Signed by Judge Kristine G. Baker on 6/19/2020. (jbh) (Entered: 06/19/2020) |
| 07/07/2020 | 62 | MOTION to Compel *Responses to Interrogatories and Requests for Production of Documents* by Twin Med LLC (Attachments: # 1 Exhibit, # 2 Exhibit)(Baker, Karen) (Entered: 07/07/2020) |
| 07/07/2020 | 63 | BRIEF IN SUPPORT re 62 Motion to Compel *Responses to Interrogatories and Requests for Production of Documents* filed by Twin Med LLC. (Baker, Karen) (Entered: 07/07/2020) |
| 07/10/2020 | 64 | MOTION for Leave to File *An Amended Complaint* by Twin Med LLC (Attachments: # 1 Exhibit)(Baker, Karen) (Entered: 07/10/2020) |
| 07/21/2020 | 65 | MOTION to Withdraw as Attorney by Pro Procurement Services LLC (Calhoun, Bart) (Entered: 07/21/2020) |
| 07/21/2020 | 66 | Unopposed MOTION for Extension of Time to File Response/Reply as to 62 MOTION to Compel *Responses to Interrogatories and Requests for Production of Documents*, 63 Brief in Support by Pro Procurement Services LLC (Calhoun, Bart) |

| | | (Entered: 07/21/2020) |
|---|---|---|
| 08/26/2020 | 67 | AMENDED FINAL SCHEDULING ORDER: Jury Trial set for sometime during the week of 4/12/2021 at 09:00 AM in Little Rock Courtroom #4D before Judge Kristine G. Baker. Discovery due by 1/27/2021; Motions due by 2/11/2021; Pretrial Disclosure Sheet due by 3/22/2021; Status Report due by 2/11/2021. Signed at the direction of the Court on 08/26/2020. (tmw) (Entered: 08/26/2020) |
| 12/11/2020 | 68 | ORDER granting 66 motion to extend time; and extending the time for Pro Procurement to respond to 62 Twin Med's motion to compel to on or before 1/5/2021. Signed by Judge Kristine G. Baker on 12/11/2020. (jbh) (Entered: 12/14/2020) |
| 12/11/2020 | 69 | ORDER granting 64 motion for leave to file an amended complaint. Twin Med may file its amended complaint on or before 1/5/2021. Signed by Judge Kristine G. Baker on 12/11/2020. (jbh) (Entered: 12/14/2020) |
| 12/11/2020 | 70 | ORDER granting 65 motion to withdraw; directing the Clerk to terminate Mr. Calhoun and Mr. Fedor as counsel of record for Pro Procurement Services LLC; and directing Pro Procurement to notify the Court in a written filing indicating how they intend to proceed in this case on or before 1/5/2021. Signed by Judge Kristine G. Baker on 12/11/2020. (jbh) (Entered: 12/14/2020) |
| 12/14/2020 | 71 | AMENDED COMPLAINT with Jury Demand against All Defendants, filed by Twin Med LLC(Baker, Karen) (Entered: 12/14/2020) |
| 12/18/2020 | 72 | NOTICE by Twin Med LLC *of Deposition of Joseph Schwartz* (Baker, Karen) (Entered: 12/18/2020) |
| 12/18/2020 | 73 | NOTICE by Twin Med LLC *of 30(b)(6) Deposition of Skyline Healthcare, LLC* (Baker, Karen) (Entered: 12/18/2020) |
| 12/23/2020 | 74 | ANSWER to 71 Amended Complaint with Jury Demand by Madison Health & Rehab LLC.(Burnett, Ronald) (Entered: 12/23/2020) |
| 12/30/2020 | 75 | Second MOTION to Compel *Responses to Interrogatories and Requests for Production of Documents, to Shorten Defendant's Time to Respond and for Expedited Consideration* by Twin Med LLC (Attachments: # 1 Exhibit Exhibit, # 2 Exhibit Exhibit, # 3 Exhibit Exhibit)(Baker, Karen) (Entered: 12/30/2020) |
| 12/30/2020 | 76 | BRIEF IN SUPPORT re 75 Motion to Compel, *Responses to Interrogatories and Requests for Production of Documents, to Shorten Defendant's Time to Respond and for Expedited Consideration* filed by Twin Med LLC. (Baker, Karen) (Entered: 12/30/2020) |
| 01/04/2021 | 77 | MOTION to Dismiss for Lack of Jurisdiction by Batesville Holdings LLC, Broadway Health Holdings LLC, Creekside Health Holdings LLC, Crown Point HealthCare & Rehabilitation Center LLC, Heritage of Hot Springs Holdings LLC, Highlands of Fort Smith Holdings LLC, Highlands of Little Rock South Cumberland Holdings LLC, Highlands of Little Rock West Markham LLC, Highlands of Mountain View SNF Holdings LLC, Highlands of Rogers Dixieland Holdings LLC, Highlands of Stamps Holdings LLC, Highlands of Stamps LLC, Jonesboro Holdings LLC, Laurel Brook Healthcare & Rehabilitation Center LLC, Lindley HealthCare and Rehabilitation Center LLC, Linrock Health Care and Rehabilitation Center LLC, Lonoke Healthcare Center and Rehabilitation Facility LLC, Magnolia Health Holdings LLC, Mine Creek Holdings LLC, Pro Procurement Services LLC, Joseph Schwartz, Searcy Holdings LLC, Skyline Healthcare LLC, Waters of North Little Rock LLC, White Hall Holdings LLC (Fedor, Robert) (Entered: 01/04/2021) |
| 01/04/2021 | 78 | BRIEF IN SUPPORT re 77 Motion to Dismiss/Lack of Jurisdiction,,,, filed by Batesville Holdings LLC, Broadway Health Holdings LLC, Creekside Health Holdings LLC, Crown Point HealthCare & Rehabilitation Center LLC, Heritage of Hot Springs Holdings LLC, Highlands of Fort Smith Holdings LLC, Highlands of Little Rock South Cumberland Holdings LLC, Highlands of Little Rock West Markham LLC, Highlands of Mountain View SNF Holdings LLC, Highlands of Rogers Dixieland Holdings LLC, Highlands of Stamps Holdings LLC, Highlands of Stamps LLC, Jonesboro Holdings LLC, Laurel Brook Healthcare & Rehabilitation Center LLC, Lindley HealthCare and Rehabilitation Center LLC, Linrock Health Care and Rehabilitation Center LLC, Lonoke Healthcare Center and Rehabilitation Facility |

| | | LLC, Magnolia Health Holdings LLC, Mine Creek Holdings LLC, Pro Procurement Services LLC, Joseph Schwartz, Searcy Holdings LLC, Skyline Healthcare LLC, Waters of North Little Rock LLC, White Hall Holdings LLC. (Fedor, Robert) (Entered: 01/04/2021) |
|---|---|---|
| 01/11/2021 | 79 | RESPONSE to Motion re 77 MOTION to Dismiss for Lack of Jurisdiction *in Opposition to Defendants' Renewed Motion to Dismiss or Alternatively, Counter−Motion for Leave to Amend Complaint and Request for Expedited Consideration* filed by Twin Med LLC. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3)(Baker, Karen) (Entered: 01/11/2021) |
| 01/11/2021 | 80 | MOTION to Stay re 75 Second MOTION to Compel *Responses to Interrogatories and Requests for Production of Documents, to Shorten Defendant's Time to Respond and for Expedited Consideration*, 73 Notice (Other), 72 Notice (Other) , MOTION for Discovery () by Batesville Holdings LLC, Broadway Health Holdings LLC, Creekside Health Holdings LLC, Crown Point HealthCare & Rehabilitation Center LLC, Glenwood Health & Rehabilitation LLC, Heritage of Hot Springs Holdings LLC, Highlands of Fort Smith Holdings LLC, Highlands of Little Rock South Cumberland Holdings LLC, Highlands of Little Rock West Markham LLC, Highlands of Mountain View SNF Holdings LLC, Highlands of Rogers Dixieland Holdings LLC, Highlands of Stamps Holdings LLC, Highlands of Stamps LLC, Jonesboro Holdings LLC, Laurel Brook Healthcare & Rehabilitation Center LLC, Lindley HealthCare and Rehabilitation Center LLC, Linrock Health Care and Rehabilitation Center LLC, Lonoke Healthcare Center and Rehabilitation Facility LLC, Magnolia Health Holdings LLC, Mine Creek Holdings LLC, Pro Procurement Services LLC, Joseph Schwartz, Searcy Holdings LLC, Skyline Healthcare LLC, Waters of North Little Rock LLC, White Hall Holdings LLC (Fedor, Robert) (Entered: 01/11/2021) |
| 01/11/2021 | 81 | BRIEF IN SUPPORT re 80 Motion to Stay,,,,,, Motion for Discovery,,,,, filed by Batesville Holdings LLC, Broadway Health Holdings LLC, Creekside Health Holdings LLC, Crown Point HealthCare & Rehabilitation Center LLC, Heritage of Hot Springs Holdings LLC, Highlands of Fort Smith Holdings LLC, Highlands of Little Rock South Cumberland Holdings LLC, Highlands of Little Rock West Markham LLC, Highlands of Mountain View SNF Holdings LLC, Highlands of Rogers Dixieland Holdings LLC, Highlands of Stamps Holdings LLC, Highlands of Stamps LLC, Jonesboro Holdings LLC, Laurel Brook Healthcare & Rehabilitation Center LLC, Lindley HealthCare and Rehabilitation Center LLC, Linrock Health Care and Rehabilitation Center LLC, Lonoke Healthcare Center and Rehabilitation Facility LLC, Magnolia Health Holdings LLC, Mine Creek Holdings LLC, Pro Procurement Services LLC, Joseph Schwartz, Searcy Holdings LLC, Skyline Healthcare LLC, Waters of North Little Rock LLC, White Hall Holdings LLC. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B)(Fedor, Robert) (Entered: 01/11/2021) |
| 01/12/2021 | 82 | RESPONSE to Motion re 80 MOTION to Stay re 75 Second MOTION to Compel *Responses to Interrogatories and Requests for Production of Documents, to Shorten Defendant's Time to Respond and for Expedited Consideration*, 73 Notice (Other), 72 Notice (Other) < MOTION for Discovery *Plaintiff's Response in Opposition to Defendants' Motion to Stay Discovery and, in the Alternative, Motion for Protective Order and Request for Expedited Consideration* filed by Twin Med LLC. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 6, # 7 Exhibit Exhibit 7, # 8 Exhibit Exhibit 8, # 9 Exhibit Exhibit 9)(Baker, Karen) (Entered: 01/12/2021) |
| 01/12/2021 | 83 | Third MOTION to Compel *Responses to Interrogatories and Requests for Production of Documents, to Shorten Defendants' Time to Respond and for Expedited Consideration* by Twin Med LLC (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B)(Baker, Karen) (Entered: 01/12/2021) |
| 01/13/2021 | 84 | Deficiency Letter from Clerk of Court notifying party that 83 Motion to Compel is not accompanied by a supporting brief (Local Rule 7.2(a)). (jak) (Entered: 01/13/2021) |
| 01/13/2021 | 85 | BRIEF IN SUPPORT re 83 Motion to Compel, filed by Twin Med LLC. (jak) (Entered: 01/13/2021) |
| 01/26/2021 | 86 | Fourth MOTION to Compel *Depositions, For Sanctions, and For Expedited Consideration* by Twin Med LLC (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 |

| | | Exhibit Exhibit 6, # 7 Exhibit Exhibit 7, # 8 Exhibit Exhibit 8, # 9 Exhibit Exhibit 9)(Baker, Karen) (Entered: 01/26/2021) |
|---|---|---|
| 01/26/2021 | 87 | BRIEF IN SUPPORT re 86 Motion to Compel, *Depositions, For Sanctions, and For Expedited Consideration* filed by Twin Med LLC. (Baker, Karen) (Entered: 01/26/2021) |
| 01/27/2021 | 88 | RESPONSE in Opposition re 83 Third MOTION to Compel *Responses to Interrogatories and Requests for Production of Documents, to Shorten Defendants' Time to Respond and for Expedited Consideration* filed by Batesville Holdings LLC, Broadway Health Holdings LLC, Creekside Health Holdings LLC, Crown Point HealthCare & Rehabilitation Center LLC, Glenwood Health & Rehabilitation LLC, Heritage of Hot Springs Holdings LLC, Highlands of Fort Smith Holdings LLC, Highlands of Little Rock South Cumberland Holdings LLC, Highlands of Little Rock West Markham LLC, Highlands of Mountain View SNF Holdings LLC, Highlands of Rogers Dixieland Holdings LLC, Highlands of Stamps Holdings LLC, Highlands of Stamps LLC, Jonesboro Holdings LLC, Laurel Brook Healthcare & Rehabilitation Center LLC, Lindley HealthCare and Rehabilitation Center LLC, Linrock Health Care and Rehabilitation Center LLC, Lonoke Healthcare Center and Rehabilitation Facility LLC, Magnolia Health Holdings LLC, Mine Creek Holdings LLC, Pro Procurement Services LLC, Joseph Schwartz, Searcy Holdings LLC, Skyline Healthcare LLC, Waters of North Little Rock LLC, White Hall Holdings LLC. (Fedor, Robert) (Entered: 01/27/2021) |
| 02/09/2021 | 89 | MOTION for Summary Judgment by All Plaintiffs (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Donovan, Richard) (Entered: 02/09/2021) |
| 02/09/2021 | 90 | STATEMENT OF FACTS (Local Rule 56.1) re 89 Motion for Summary Judgment *Statement of Facts as to Which There is No Genuine Dispute* filed by All Plaintiffs. (Donovan, Richard) (Entered: 02/09/2021) |
| 02/09/2021 | 91 | BRIEF IN SUPPORT re 89 Motion for Summary Judgment filed by All Plaintiffs. (Donovan, Richard) (Entered: 02/09/2021) |
| 02/09/2021 | 92 | STATUS REPORT by Twin Med LLC. (Donovan, Richard) (Entered: 02/09/2021) |
| 02/09/2021 | 93 | RESPONSE in Opposition re 86 Fourth MOTION to Compel *Depositions, For Sanctions, and For Expedited Consideration* filed by Batesville Holdings LLC, Broadway Health Holdings LLC, Creekside Health Holdings LLC, Crown Point HealthCare & Rehabilitation Center LLC, Heritage of Hot Springs Holdings LLC, Highlands of Fort Smith Holdings LLC, Highlands of Little Rock South Cumberland Holdings LLC, Highlands of Little Rock West Markham LLC, Highlands of Mountain View SNF Holdings LLC, Highlands of Rogers Dixieland Holdings LLC, Highlands of Stamps Holdings LLC, Highlands of Stamps LLC, Jonesboro Holdings LLC, Laurel Brook Healthcare & Rehabilitation Center LLC, Lindley HealthCare and Rehabilitation Center LLC, Linrock Health Care and Rehabilitation Center LLC, Lonoke Healthcare Center and Rehabilitation Facility LLC, Magnolia Health Holdings LLC, Mine Creek Holdings LLC, Pro Procurement Services LLC, Joseph Schwartz, Searcy Holdings LLC, Skyline Healthcare LLC, Waters of North Little Rock LLC, White Hall Holdings LLC. (Fedor, Robert) (Entered: 02/09/2021) |
| 02/11/2021 | 94 | STATUS REPORT by Batesville Holdings LLC, Broadway Health Holdings LLC, Creekside Health Holdings LLC, Crown Point HealthCare & Rehabilitation Center LLC, Heritage of Hot Springs Holdings LLC, Highlands of Fort Smith Holdings LLC, Highlands of Little Rock South Cumberland Holdings LLC, Highlands of Little Rock West Markham LLC, Highlands of Mountain View SNF Holdings LLC, Highlands of Rogers Dixieland Holdings LLC, Highlands of Stamps Holdings LLC, Highlands of Stamps LLC, Jonesboro Holdings LLC, Laurel Brook Healthcare & Rehabilitation Center LLC, Lindley HealthCare and Rehabilitation Center LLC, Linrock Health Care and Rehabilitation Center LLC, Lonoke Healthcare Center and Rehabilitation Facility LLC, Magnolia Health Holdings LLC, Mine Creek Holdings LLC, Pro Procurement Services LLC, Joseph Schwartz, Searcy Holdings LLC, Skyline Healthcare LLC, White Hall Holdings LLC. (Fedor, Robert) (Entered: 02/11/2021) |
| 02/11/2021 | 95 | MOTION to Dismiss Party *Madison Health & Rehab, LLC* by Twin Med LLC (Donovan, Richard) (Entered: 02/11/2021) |

| 02/11/2021 | 96 | BRIEF IN SUPPORT re 95 Motion to Dismiss Party *Madison Health & Rehab, LLC* filed by Twin Med LLC. (Donovan, Richard) (Entered: 02/11/2021) |
|---|---|---|
| 02/11/2021 | 97 | REQUEST for Settlement Coference by Twin Med LLC. (Donovan, Richard) (Entered: 02/11/2021) |
| 02/11/2021 | 98 | STATUS REPORT by Madison Health & Rehab LLC. (Burnett, Ronald) (Entered: 02/11/2021) |
| 02/22/2021 | 99 | Mail Returned Undeliverable as to Pro Procurement Services LLC re 84 Deficiency Letter. (fjg) (Entered: 02/22/2021) |
| 02/23/2021 | 100 | MOTION for Extension of Time to File Response/Reply as to 89 MOTION for Summary Judgment , 91 Brief in Support, 90 Statement of Facts (Local Rule 56.1) by Batesville Holdings LLC, Broadway Health Holdings LLC, Creekside Health Holdings LLC, Crown Point HealthCare & Rehabilitation Center LLC, Heritage of Hot Springs Holdings LLC, Highlands of Fort Smith Holdings LLC, Highlands of Little Rock South Cumberland Holdings LLC, Highlands of Little Rock West Markham LLC, Highlands of Mountain View SNF Holdings LLC, Highlands of Rogers Dixieland Holdings LLC, Highlands of Stamps Holdings LLC, Highlands of Stamps LLC, Jonesboro Holdings LLC, Laurel Brook Healthcare & Rehabilitation Center LLC, Lindley HealthCare and Rehabilitation Center LLC, Linrock Health Care and Rehabilitation Center LLC, Lonoke Healthcare Center and Rehabilitation Facility LLC, Magnolia Health Holdings LLC, Mine Creek Holdings LLC, Pro Procurement Services LLC, Joseph Schwartz, Searcy Holdings LLC, Skyline Healthcare LLC, Waters of North Little Rock LLC, White Hall Holdings LLC (Fedor, Robert) (Entered: 02/23/2021) |
| 02/24/2021 | 101 | RESPONSE in Opposition re 100 MOTION for Extension of Time to File Response/Reply as to 89 MOTION for Summary Judgment , 91 Brief in Support, 90 Statement of Facts (Local Rule 56.1) filed by Twin Med LLC. (Baker, Karen) (Entered: 02/24/2021) |
| 03/08/2021 | 102 | Mail Returned Undeliverable as to Pro Procurement Services LLC c/o Sam Rosenbaum re 68 Order, 69 Order, 70 Order. (fjg) (Entered: 03/08/2021) |
| 03/10/2021 | 103 | ORDER removing this case from the 4/12/2021, trial calendar; and extending all unexpired pretrial deadlines set forth in the Court's currently in−effect 67 final scheduling order. Signed by Judge Kristine G. Baker on 3/10/2021. (jbh) (Entered: 03/10/2021) |
| 03/23/2021 | 104 | Mail Returned Undeliverable as to Pro Procurement Services LLC c/o Sam Rosenbaum re 103 Order. (fjg) (Entered: 03/23/2021) |
| 03/30/2021 | 105 | ORDER granting in part and denying in part 62 motion to compel responses to interrogatories and requests for production of documents; granting in part 62 motion to the extent that Twin Med seeks to compel Pro Procurement to respond to Twin Med's interrogatories and requests for production of documents; directing Pro Procurement to respond to Twin Med's interrogatories and requests for production of documents within 14 days of entry of this Order; and denying in part 62 motion to the extent that Twin Med seeks to require Pro Procurement to pay Twin Med's fees incurred in connection with the motion to compel. Signed by Judge Kristine G. Baker on 3/30/2021. (jbh) (Entered: 03/30/2021) |
| 03/30/2021 | 106 | ORDER granting 95 motion to dismiss separate defendant Madison Health & Rehab, LLC. Signed by Judge Kristine G. Baker on 3/30/2021. (jbh) (Entered: 03/30/2021) |
| 04/09/2021 | 107 | Mail Returned as Undeliverable. Mail sent to Pro Procurement Services LLC re 106 Order, Terminate Motions, Add and Terminate Parties, Add and Terminate Attorneys, 105 Order on Motion to Compel. (jap) (Entered: 04/09/2021) |
| 08/20/2021 | 108 | ORDER regarding possible recusal issue. If all parties waive any conflict after consulting with counsel and considering the circumstances, I will keep the case. If fewer than all parties waive, I will recuse, and the matter will be reassigned to another judge at random. Do not file any waiver on the docket or otherwise communicate your decision to me. Instead, write a letter directly to the Clerk of Court. In due course, the Clerk will inform me, without providing to me any details, whether all parties have waived the conflict. Each party has until Wednesday, 9/8/2021, to inform the Clerk |

| | | |
|---|---|---|
| | | about his, her, or its decision on waiver. In the meantime, because of the nature of this case, I will continue to decide administrative matters that do not touch the merits. Signed by Judge Kristine G. Baker on 8/20/2021. (jbh) (Entered: 08/20/2021) |
| 09/09/2021 | 109 | ORDER OF REASSIGNMENT directing the Clerk's Office to issue a Notice of Reassignment. Signed at the Direction of the Court. (jbh) (Entered: 09/09/2021) |
| 09/10/2021 | 110 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) NOTICE OF REASSIGNMENT. Based on 109 Order, the Clerk's office has reassigned the case to Judge James M. Moody Jr. (jak) (Entered: 09/10/2021) |
| 09/14/2021 | 111 | Mail Returned Undeliverable as to Pro Procurement Services LLC c/o Sam Rosenbaum re 108 Order. (fjg) (Entered: 09/14/2021) |
| 09/20/2021 | 112 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) NOTICE of Hearing: TELEPHONIC STATUS CONFERENCE set for 10/7/2021 at 2:30 PM before Judge James M. Moody Jr.(kog) (Entered: 09/20/2021) |
| 09/23/2021 | 113 | Mail Returned Undeliverable as to Pro Procurement Services LLC c/o Sam Rosenbaum re 109 Order of Reassignment. (fjg) (Entered: 09/23/2021) |
| 09/23/2021 | 114 | Mail Returned Undeliverable as to Pro Procurement Services LLC c/o Sam Rosenbaum re 110 Text Entry Only Notice of Reassignment. (fjg) (Entered: 09/23/2021) |
| 10/05/2021 | 115 | Mail Returned Undeliverable as to Pro Procurement Services LLC c/o Sam Rosenbaum re 112 Text Entry Only Notice of Hearing. (fjg) (Entered: 10/05/2021) |
| 10/06/2021 | 116 | AMENDED COMPLAINT *Second* with Jury Demand against All Defendants, filed by Twin Med LLC(Baker, Karen) (Additional attachment(s) added on 10/6/2021: # 1 Exhibit A – Correct, # 2 Exhibit B – Correct) (jak). (Entered: 10/06/2021) |
| 10/06/2021 | 117 | NOTICE OF DOCKET CORRECTION re 116 Amended Complaint. CORRECTION: The exhibits A and B were not submitted with the initial filing. The exhibits were added to docket entry 116 based on the attached correspondence. (jak) (Entered: 10/06/2021) |
| 10/07/2021 | 118 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.)CLERK'S MINUTES for proceedings held before Judge James M. Moody Jr.:STATUS CONFERENCE held on 10/7/2021. After discussion with counsel, the Court set a deadline of October 20, 2021, for Defendants to file a motion to dismiss. Plaintiff's response to the motion to dismiss due October 27, 2021. A final scheduling order is forthcoming. Counsel for Plaintiff – Betsy Baker, Richard Donovan; Counsel for Defendants – Bart Calhoun, Robert Fedor (Court Reporter Karen Dellinger.) (kog) (Entered: 10/07/2021) |
| 10/07/2021 | 119 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER finding as moot 77 Motion to Dismiss for Lack of Jurisdiction because a Second Amended Complaint 116 has been filed. Signed by Judge James M. Moody Jr. on 10/7/2021. (sjh) (Entered: 10/07/2021) |
| 10/08/2021 | 120 | FINAL SCHEDULING ORDER: Jury Trial set sometime during the week of for 6/13/2022 at 9:15 AM in Little Rock Courtroom # 4A before Judge James M. Moody Jr. Discovery due by 3/7/2022; Motions due by 3/30/2022; Pretrial Disclosure Sheet due by 5/16/2022; Status Report due by 4/19/2022. Signed at the Direction of the Court on 10/8/2021. (kog) (Entered: 10/08/2021) |
| 10/20/2021 | 121 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , MOTION to Dismiss for Lack of Jurisdiction () by Batesville Holdings LLC, Broadway Health Holdings LLC, Creekside Health Holdings LLC, Heritage of Hot Springs Holdings LLC, Highlands of Fort Smith Holdings LLC, Highlands of Little Rock South Cumberland Holdings LLC, Highlands of Little Rock West Markham LLC, Highlands of Mountain View SNF Holdings LLC, Highlands of Rogers Dixieland Holdings LLC, Highlands of Stamps Holdings LLC, Highlands of Stamps Holdings LLC, Jonesboro Holdings LLC, Laurel Brook Healthcare & Rehabilitation Center LLC, Lindley HealthCare and Rehabilitation Center LLC, Linrock Health Care and Rehabilitation Center LLC, Lonoke Healthcare Center and Rehabilitation Facility LLC, Magnolia Health Holdings LLC, Mine Creek Holdings LLC, Pro Procurement Services LLC, Joseph Schwartz, |

| | | Searcy Holdings LLC, Skyline Healthcare LLC, White Hall Holdings LLC (Fedor, Robert) (Entered: 10/20/2021) |
|---|---|---|
| 10/20/2021 | 122 | BRIEF IN SUPPORT re 121 Motion to Dismiss for Failure to State a Claim,,,, Motion to Dismiss/Lack of Jurisdiction,,, filed by Batesville Holdings LLC, Broadway Health Holdings LLC, Creekside Health Holdings LLC, Heritage of Hot Springs Holdings LLC, Highlands of Fort Smith Holdings LLC, Highlands of Little Rock South Cumberland Holdings LLC, Highlands of Little Rock West Markham LLC, Highlands of Mountain View SNF Holdings LLC, Highlands of Rogers Dixieland Holdings LLC, Highlands of Stamps Holdings LLC, Highlands of Stamps LLC, Jonesboro Holdings LLC, Laurel Brook Healthcare & Rehabilitation Center LLC, Lindley HealthCare and Rehabilitation Center LLC, Linrock Health Care and Rehabilitation Center LLC, Lonoke Healthcare Center and Rehabilitation Facility LLC, Magnolia Health Holdings LLC, Mine Creek Holdings LLC, Pro Procurement Services LLC, Joseph Schwartz, Searcy Holdings LLC, Skyline Healthcare LLC, Spring Place Healthcare & Rehabilitation Center LLC, White Hall Holdings LLC. (Attachments: # 1 Exhibit)(Fedor, Robert) (Entered: 10/20/2021) |
| 10/25/2021 | 123 | Mail Returned Undeliverable as to Pro Procurement Services LLC c/o Sam Rosenbaum re 117 Notice of Docket Correction re 116 Amended Complaint. (fjg) (Entered: 10/25/2021) |
| 10/25/2021 | 124 | Mail Returned Undeliverable as to Pro Procurement Services LLC c/o Sam Rosenbaum re 120 Final Scheduling Order. (fjg) (Entered: 10/25/2021) |
| 10/28/2021 | 125 | RESPONSE in Opposition re 121 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM MOTION to Dismiss for Lack of Jurisdiction filed by All Plaintiffs. (Donovan, Richard) (Entered: 10/28/2021) |
| 10/28/2021 | 126 | MOTION for Extension of Time to File Response/Reply by Twin Med LLC (Baker, Karen) (Entered: 10/28/2021) |
| 10/29/2021 | 127 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER granting 126 Motion for Extension of Time to File Response. Signed by Judge James M. Moody Jr. on 10/29/2021. (sjh) (Entered: 10/29/2021) |
| 10/29/2021 | 128 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER granting 100 Motion for Extension of Time to File Response to the Motion for Summary Judgment. A response deadline to the Motion for Summary Judgment will be set at the time the Court rules on the Motion to Dismiss if needed. Signed by Judge James M. Moody Jr. on 10/29/2021. (sjh) (Entered: 10/29/2021) |
| 11/15/2021 | 129 | Mail Returned Undeliverable as to Pro Procurement Services LLC c/o Sam Rosenbaum re 119 Text Entry Only Order. (fjg) (Entered: 11/15/2021) |
| 11/22/2021 | 130 | Mail Returned Undeliverable as to Pro Procurement Services LLC c/o Sam Rosenbaum re 127 Text Entry Order, 128 Text Entry Only Order. (fjg) (Entered: 11/22/2021) |
| 01/12/2022 | 131 | ORDER denying as moot 75 83 86 Motions to Compel; denying 121 Motion to Dismiss; allowing Defendants until 2/12/2022 to respond to Twin Med's Motion for Summary Judgment; denying 80 Motion to Stay or in the alternative for Protective Order. The Court expects all parties to respond to discovery requests expeditiously. Signed by Judge James M. Moody Jr. on 1/12/2022. (kdr) (Entered: 01/12/2022) |
| 01/26/2022 | 132 | ANSWER to 116 Amended Complaint by Batesville Holdings LLC, Broadway Health Holdings LLC, Creekside Health Holdings LLC, Crown Point HealthCare & Rehabilitation Center LLC, Glenwood Health & Rehabilitation LLC, Heritage of Hot Springs Holdings LLC, Highlands of Fort Smith Holdings LLC, Highlands of Little Rock South Cumberland Holdings LLC, Highlands of Little Rock West Markham LLC, Highlands of Mountain View SNF Holdings LLC, Highlands of Rogers Dixieland Holdings LLC, Highlands of Stamps Holdings LLC, Highlands of Stamps LLC, Jonesboro Holdings LLC, Laurel Brook Healthcare & Rehabilitation Center LLC, Lindley HealthCare and Rehabilitation Center LLC, Linrock Health Care and Rehabilitation Center LLC, Lonoke Healthcare Center and Rehabilitation Facility LLC, Magnolia Health Holdings LLC, Mine Creek Holdings LLC, Joseph Schwartz, Searcy Holdings LLC, Skyline Healthcare LLC, Stonegate Villa Health and |

| | | |
|---|---|---|
| | | Rehabilitation LLC, Waters of North Little Rock LLC, White Hall Holdings LLC.(Fedor, Robert) (Entered: 01/26/2022) |
| 02/14/2022 | 133 | RESPONSE in Opposition re 89 MOTION for Summary Judgment filed by Batesville Holdings LLC, Broadway Health Holdings LLC, Creekside Health Holdings LLC, Crown Point HealthCare & Rehabilitation Center LLC, Heritage of Hot Springs Holdings LLC, Highlands of Fort Smith Holdings LLC, Highlands of Little Rock South Cumberland Holdings LLC, Highlands of Little Rock West Markham LLC, Highlands of Mountain View SNF Holdings LLC, Highlands of Rogers Dixieland Holdings LLC, Highlands of Stamps Holdings LLC, Highlands of Stamps LLC, Jonesboro Holdings LLC, Laurel Brook Healthcare & Rehabilitation Center LLC, Lindley HealthCare and Rehabilitation Center LLC, Linrock Health Care and Rehabilitation Center LLC, Lonoke Healthcare Center and Rehabilitation Facility LLC, Magnolia Health Holdings LLC, Mine Creek Holdings LLC, Joseph Schwartz, Searcy Holdings LLC, Skyline Healthcare LLC, Spring Place Healthcare & Rehabilitation Center LLC, Waters of North Little Rock LLC, White Hall Holdings LLC. (Attachments: # 1 Exhibit Schwartz Declaration, # 2 Exhibit Response to Request for Admissions)(Fedor, Robert) (Entered: 02/14/2022) |
| 02/14/2022 | 134 | STATEMENT OF FACTS (Local Rule 56.1) re 133 Response in Opposition to Motion,,,, filed by Batesville Holdings LLC, Broadway Health Holdings LLC, Creekside Health Holdings LLC, Crown Point HealthCare & Rehabilitation Center LLC, Glenwood Health & Rehabilitation LLC, Heritage of Hot Springs Holdings LLC, Highlands of Fort Smith Holdings LLC, Highlands of Little Rock South Cumberland Holdings LLC, Highlands of Little Rock West Markham LLC, Highlands of Mountain View SNF Holdings LLC, Highlands of Rogers Dixieland Holdings LLC, Highlands of Stamps Holdings LLC, Highlands of Stamps LLC, Jonesboro Holdings LLC, Laurel Brook Healthcare & Rehabilitation Center LLC, Lindley HealthCare and Rehabilitation Center LLC, Linrock Health Care and Rehabilitation Center LLC, Lonoke Healthcare Center and Rehabilitation Facility LLC, Magnolia Health Holdings LLC, Mine Creek Holdings LLC, Joseph Schwartz, Searcy Holdings LLC, Skyline Healthcare LLC, Spring Place Healthcare & Rehabilitation Center LLC, Waters of North Little Rock LLC, White Hall Holdings LLC. (Fedor, Robert) (Entered: 02/14/2022) |
| 02/14/2022 | 135 | BRIEF IN SUPPORT re 133 Response in Opposition to Motion,,,, filed by Batesville Holdings LLC, Broadway Health Holdings LLC, Creekside Health Holdings LLC, Crown Point HealthCare & Rehabilitation Center LLC, Glenwood Health & Rehabilitation LLC, Heritage of Hot Springs Holdings LLC, Highlands of Fort Smith Holdings LLC, Highlands of Little Rock South Cumberland Holdings LLC, Highlands of Little Rock West Markham LLC, Highlands of Mountain View SNF Holdings LLC, Highlands of Rogers Dixieland Holdings LLC, Highlands of Stamps Holdings LLC, Highlands of Stamps LLC, Jonesboro Holdings LLC, Laurel Brook Healthcare & Rehabilitation Center LLC, Lindley HealthCare and Rehabilitation Center LLC, Linrock Health Care and Rehabilitation Center LLC, Lonoke Healthcare Center and Rehabilitation Facility LLC, Magnolia Health Holdings LLC, Mine Creek Holdings LLC, Joseph Schwartz, Searcy Holdings LLC, Skyline Healthcare LLC, Spring Place Healthcare & Rehabilitation Center LLC, Waters of North Little Rock LLC, White Hall Holdings LLC. (Fedor, Robert) (Entered: 02/14/2022) |
| 02/21/2022 | 136 | REPLY to Response to Motion re 89 MOTION for Summary Judgment filed by Twin Med LLC. (Baker, Karen) (Entered: 02/21/2022) |
| 02/21/2022 | 137 | NOTICE to Take Deposition of Joseph Schwartz by Twin Med LLC.(Baker, Karen) (Entered: 02/21/2022) |
| 03/01/2022 | 138 | MOTION to Stay *Civil Proceedings* by Batesville Holdings LLC, Broadway Health Holdings LLC, Creekside Health Holdings LLC, Crown Point HealthCare & Rehabilitation Center LLC, Heritage of Hot Springs Holdings LLC, Highlands of Fort Smith Holdings LLC, Highlands of Little Rock South Cumberland Holdings LLC, Highlands of Little Rock West Markham LLC, Highlands of Mountain View SNF Holdings LLC, Highlands of Rogers Dixieland Holdings LLC, Highlands of Stamps Holdings LLC, Highlands of Stamps LLC, Jonesboro Holdings LLC, Laurel Brook Healthcare & Rehabilitation Center LLC, Lindley HealthCare and Rehabilitation Center LLC, Linrock Health Care and Rehabilitation Center LLC, Lonoke Healthcare Center and Rehabilitation Facility LLC, Magnolia Health Holdings LLC, Mine Creek |

| | | Holdings LLC, Pro Procurement Services LLC, Joseph Schwartz, Searcy Holdings LLC, Skyline Healthcare LLC, Spring Place Healthcare & Rehabilitation Center LLC, White Hall Holdings LLC (Fedor, Robert) (Entered: 03/01/2022) |
|---|---|---|
| 03/01/2022 | 139 | BRIEF IN SUPPORT re 138 Motion to Stay,,, filed by Batesville Holdings LLC, Broadway Health Holdings LLC, Creekside Health Holdings LLC, Crown Point HealthCare & Rehabilitation Center LLC, Heritage of Hot Springs Holdings LLC, Highlands of Fort Smith Holdings LLC, Highlands of Little Rock South Cumberland Holdings LLC, Highlands of Little Rock West Markham LLC, Highlands of Mountain View SNF Holdings LLC, Highlands of Rogers Dixieland Holdings LLC, Highlands of Stamps Holdings LLC, Highlands of Stamps LLC, Jonesboro Holdings LLC, Laurel Brook Healthcare & Rehabilitation Center LLC, Lindley HealthCare and Rehabilitation Center LLC, Linrock Health and Rehabilitation Center LLC, Lonoke Healthcare Center and Rehabilitation Facility LLC, Magnolia Health Holdings LLC, Mine Creek Holdings LLC, Joseph Schwartz, Searcy Holdings LLC, Skyline Healthcare LLC, White Hall Holdings LLC. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D)(Fedor, Robert) (Entered: 03/01/2022) |
| 03/01/2022 | 140 | Mail Returned Undeliverable as to Pro Procurement Services LLC c/o Sam Rosenbaum re 131 Order. (fjg) (Entered: 03/01/2022) |
| 03/04/2022 | 141 | RESPONSE in Opposition re 138 MOTION to Stay *Civil Proceedings* filed by Twin Med LLC. (Attachments: # 1 Exhibit A)(Baker, Karen) (Entered: 03/04/2022) |
| 03/07/2022 | 142 | Second MOTION to Compel *Deposition and for Rule 37 Sanctions* by Twin Med LLC (Attachments: # 1 Exhibit, # 2 Exhibit)(Baker, Karen) (Entered: 03/07/2022) |
| 03/07/2022 | 143 | BRIEF IN SUPPORT re 142 Motion to Compel *and For Rule 37 Sanctions* filed by Twin Med LLC. (Baker, Karen) (Entered: 03/07/2022) |
| 03/12/2022 | 144 | REPLY to Response to Motion re 138 MOTION to Stay *Civil Proceedings* filed by Batesville Holdings LLC, Broadway Health Holdings LLC, Creekside Health Holdings LLC, Crown Point HealthCare & Rehabilitation Center LLC, Heritage of Hot Springs Holdings LLC, Highlands of Fort Smith Holdings LLC, Highlands of Little Rock South Cumberland Holdings LLC, Highlands of Little Rock West Markham LLC, Highlands of Mountain View SNF Holdings LLC, Highlands of Rogers Dixieland Holdings LLC, Highlands of Stamps Holdings LLC, Highlands of Stamps LLC, Jonesboro Holdings LLC, Laurel Brook Healthcare & Rehabilitation Center LLC, Lindley HealthCare and Rehabilitation Center LLC, Linrock Health Care and Rehabilitation Center LLC, Lonoke Healthcare Center and Rehabilitation Facility LLC, Magnolia Health Holdings LLC, Mine Creek Holdings LLC, Joseph Schwartz, Searcy Holdings LLC, Skyline Healthcare LLC, Spring Place Healthcare & Rehabilitation Center LLC, White Hall Holdings LLC. (Fedor, Robert) (Entered: 03/12/2022) |
| 03/18/2022 | 145 | MOTION to Compel *Responses to Interrogatories and Requests for Production of Documents* by Twin Med LLC (Attachments: # 1 Exhibit, # 2 Exhibit)(Baker, Karen) (Entered: 03/18/2022) |
| 03/18/2022 | 146 | BRIEF IN SUPPORT re 145 Motion to Compel *Responses to Interrogatories and Requests for Production of Documents* filed by Twin Med LLC. (Baker, Karen) (Entered: 03/18/2022) |
| 03/18/2022 | 147 | ORDER denying 138 Defendants' motion to stay; granting in part and denying in part 142 Plaintiff's motion to compel Mr. Schwartz's deposition; extending the discovery deadline for the sole purpose of allowing Plaintiff to depose Mr. Schwartz either in person or by written questions; and denying Plaintiff's request for sanctions. Signed by Judge James M. Moody Jr. on 03/18/2022. (llg) (Entered: 03/18/2022) |
| 03/30/2022 | 148 | MOTION to Extend Time *to File Motions* by Batesville Holdings LLC, Broadway Health Holdings LLC, Creekside Health Holdings LLC, Crown Point HealthCare & Rehabilitation Center LLC, Heritage of Hot Springs Holdings LLC, Highlands of Fort Smith Holdings LLC, Highlands of Little Rock South Cumberland Holdings LLC, Highlands of Little Rock West Markham LLC, Highlands of Mountain View SNF Holdings LLC, Highlands of Rogers Dixieland Holdings LLC, Highlands of Stamps Holdings LLC, Highlands of Stamps LLC, Jonesboro Holdings LLC, Laurel Brook |

| | | Healthcare & Rehabilitation Center LLC, Lindley HealthCare and Rehabilitation Center LLC, Linrock Health Care and Rehabilitation Center LLC, Lonoke Healthcare Center and Rehabilitation Facility LLC, Magnolia Health Holdings LLC, Mine Creek Holdings LLC, Joseph Schwartz, Searcy Holdings LLC, Skyline Healthcare LLC, Spring Place Healthcare & Rehabilitation Center LLC, White Hall Holdings LLC (Fedor, Robert) (Entered: 03/30/2022) |
|---|---|---|
| 03/31/2022 | 149 | RESPONSE in Opposition re 148 MOTION to Extend Time *to File Motions* filed by Twin Med LLC. (Baker, Karen) (Entered: 03/31/2022) |
| 04/04/2022 | 150 | NOTICE by Twin Med LLC *of Deposition of Joseph Schwartz* (Baker, Karen) (Entered: 04/04/2022) |
| 04/06/2022 | 151 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER granting 148 Motion to Extend Time to file dispositive motions until 5:00 pm CST on April 22, 2022. Signed by Judge James M. Moody Jr. on 4/6/2022. (sjh) (Entered: 04/06/2022) |
| 04/08/2022 | 152 | Mail Returned Undeliverable as to Pro Procurement Services LLC c/o Sam Rosenbaum re 147 Order. (fjg) (Entered: 04/08/2022) |
| 04/08/2022 | 153 | MOTION to Compel *Responses to Discovery* by Batesville Holdings LLC, Broadway Health Holdings LLC, Creekside Health Holdings LLC, Crown Point HealthCare & Rehabilitation Center LLC, Heritage of Hot Springs Holdings LLC, Highlands of Fort Smith Holdings LLC, Highlands of Little Rock South Cumberland Holdings LLC, Highlands of Little Rock West Markham LLC, Highlands of Mountain View SNF Holdings LLC, Highlands of Rogers Dixieland Holdings LLC, Highlands of Stamps Holdings LLC, Highlands of Stamps LLC, Jonesboro Holdings LLC, Laurel Brook Healthcare & Rehabilitation Center LLC, Lindley HealthCare and Rehabilitation Center LLC, Linrock Health Care and Rehabilitation Center LLC, Lonoke Healthcare Center and Rehabilitation Facility LLC, Magnolia Health Holdings LLC, Mine Creek Holdings LLC, Joseph Schwartz, Searcy Holdings LLC, Skyline Healthcare LLC, Waters of North Little Rock LLC, White Hall Holdings LLC (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E)(Fedor, Robert) (Entered: 04/08/2022) |
| 04/08/2022 | 154 | BRIEF IN SUPPORT re 153 Motion to Compel,,,, *Respo* filed by Batesville Holdings LLC, Broadway Health Holdings LLC, Creekside Health Holdings LLC, Glenwood Health & Rehabilitation LLC, Heritage of Hot Springs Holdings LLC, Highlands of Fort Smith Holdings LLC, Highlands of Little Rock South Cumberland Holdings LLC, Highlands of Little Rock West Markham LLC, Highlands of Mountain View SNF Holdings LLC, Highlands of Rogers Dixieland Holdings LLC, Highlands of Stamps Holdings LLC, Highlands of Stamps LLC, Jonesboro Holdings LLC, Laurel Brook Healthcare & Rehabilitation Center LLC, Lindley HealthCare and Rehabilitation Center LLC, Linrock Health Care and Rehabilitation Center LLC, Lonoke Healthcare Center and Rehabilitation Facility LLC, Magnolia Health Holdings LLC, Mine Creek Holdings LLC, Pro Procurement Services LLC, Joseph Schwartz, Searcy Holdings LLC, Skyline Healthcare LLC, Waters of North Little Rock LLC, White Hall Holdings LLC. (Fedor, Robert) (Entered: 04/08/2022) |
| 04/19/2022 | 155 | STATUS REPORT by Twin Med LLC. (Baker, Karen) (Entered: 04/19/2022) |
| 04/19/2022 | 156 | STATUS REPORT by Batesville Holdings LLC, Broadway Health Holdings LLC, Creekside Health Holdings LLC, Heritage of Hot Springs Holdings LLC, Highlands of Fort Smith Holdings LLC, Highlands of Little Rock South Cumberland Holdings LLC, Highlands of Little Rock West Markham LLC, Highlands of Mountain View SNF Holdings LLC, Highlands of Rogers Dixieland Holdings LLC, Highlands of Stamps Holdings LLC, Highlands of Stamps LLC, Jonesboro Holdings LLC, Laurel Brook Healthcare & Rehabilitation Center LLC, Lindley HealthCare and Rehabilitation Center LLC, Linrock Health Care and Rehabilitation Center LLC, Lonoke Healthcare Center and Rehabilitation Facility LLC, Magnolia Health Holdings LLC, Mine Creek Holdings LLC, Joseph Schwartz, Searcy Holdings LLC, Skyline Healthcare LLC, Spring Place Healthcare & Rehabilitation Center LLC, White Hall Holdings LLC. (Fedor, Robert) (Entered: 04/19/2022) |
| 04/19/2022 | 157 | MOTION to Seal *Deposition Transcript* by Batesville Holdings LLC, Broadway Health Holdings LLC, Creekside Health Holdings LLC, Crown Point HealthCare & |

| | | Rehabilitation Center LLC, Heritage of Hot Springs Holdings LLC, Highlands of Fort Smith Holdings LLC, Highlands of Little Rock South Cumberland Holdings LLC, Highlands of Little Rock West Markham LLC, Highlands of Mountain View SNF Holdings LLC, Highlands of Rogers Dixieland Holdings LLC, Highlands of Stamps Holdings LLC, Highlands of Stamps LLC, Jonesboro Holdings LLC, Laurel Brook Healthcare & Rehabilitation Center LLC, Lindley HealthCare and Rehabilitation Center LLC, Linrock Health Care and Rehabilitation Center LLC, Lonoke Healthcare Center and Rehabilitation Facility LLC, Magnolia Health Holdings LLC, Mine Creek Holdings LLC, Joseph Schwartz, Searcy Holdings LLC, Skyline Healthcare LLC, Waters of North Little Rock LLC, White Hall Holdings LLC (Fedor, Robert) (Entered: 04/19/2022) |
|---|---|---|
| 04/20/2022 | 158 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER granting 157 Motion to Seal Deposition of Mr. Schwartz. Signed by Judge James M. Moody Jr. on 4/20/2022. (sjh) (Entered: 04/20/2022) |
| 04/20/2022 | 159 | SEALED DOCUMENT. (fjg) (Entered: 04/20/2022) |
| 04/22/2022 | 160 | MOTION for Summary Judgment by Batesville Holdings LLC, Broadway Health Holdings LLC, Creekside Health Holdings LLC, Glenwood Health & Rehabilitation LLC, Heritage of Hot Springs Holdings LLC, Highlands of Fort Smith Holdings LLC, Highlands of Little Rock South Cumberland Holdings LLC, Highlands of Little Rock West Markham LLC, Highlands of Mountain View SNF Holdings LLC, Highlands of Rogers Dixieland Holdings LLC, Highlands of Stamps Holdings LLC, Highlands of Stamps LLC, Jonesboro Holdings LLC, Laurel Brook Healthcare & Rehabilitation Center LLC, Lindley HealthCare and Rehabilitation Center LLC, Linrock Health Care and Rehabilitation Center LLC, Lonoke Healthcare Center and Rehabilitation Facility LLC, Magnolia Health Holdings LLC, Mine Creek Holdings LLC, Joseph Schwartz, Searcy Holdings LLC, Skyline Healthcare LLC, Spring Place Healthcare & Rehabilitation Center LLC, White Hall Holdings LLC (Attachments: # 1 Exhibit Exhibit 1 – Invoices, Part 1, # 2 Exhibit Exhibit 2 – Invoices, Part 2, # 3 Exhibit Exhibit 3 – Invoices, Part 3)(Fedor, Robert) (Entered: 04/22/2022) |
| 04/22/2022 | 161 | STATEMENT OF FACTS (Local Rule 56.1) re 160 Motion for Summary Judgment,,,, filed by Batesville Holdings LLC, Broadway Health Holdings LLC, Creekside Health Holdings LLC, Crown Point HealthCare & Rehabilitation Center LLC, Heritage of Hot Springs Holdings LLC, Highlands of Fort Smith Holdings LLC, Highlands of Little Rock South Cumberland Holdings LLC, Highlands of Little Rock West Markham LLC, Highlands of Mountain View SNF Holdings LLC, Highlands of Rogers Dixieland Holdings LLC, Highlands of Stamps Holdings LLC, Highlands of Stamps LLC, Jonesboro Holdings LLC, Laurel Brook Healthcare & Rehabilitation Center LLC, Lindley HealthCare and Rehabilitation Center LLC, Linrock Health Care and Rehabilitation Center LLC, Lonoke Healthcare Center and Rehabilitation Facility LLC, Mine Creek Holdings LLC, Joseph Schwartz, Searcy Holdings LLC, Skyline Healthcare LLC, White Hall Holdings LLC. (Fedor, Robert) (Entered: 04/22/2022) |
| 04/22/2022 | 162 | BRIEF IN SUPPORT re 160 Motion for Summary Judgment,,,, filed by Batesville Holdings LLC, Broadway Health Holdings LLC, Creekside Health Holdings LLC, Crown Point HealthCare & Rehabilitation Center LLC, Heritage of Hot Springs Holdings LLC, Highlands of Fort Smith Holdings LLC, Highlands of Little Rock South Cumberland Holdings LLC, Highlands of Little Rock West Markham LLC, Highlands of Mountain View SNF Holdings LLC, Highlands of Rogers Dixieland Holdings LLC, Highlands of Stamps Holdings LLC, Highlands of Stamps LLC, Jonesboro Holdings LLC, Laurel Brook Healthcare & Rehabilitation Center LLC, Lindley HealthCare and Rehabilitation Center LLC, Linrock Health Care and Rehabilitation Center LLC, Lonoke Healthcare Center and Rehabilitation Facility LLC, Mine Creek Holdings LLC, Joseph Schwartz, Searcy Holdings LLC, Skyline Healthcare LLC, White Hall Holdings LLC. (Fedor, Robert) (Entered: 04/22/2022) |
| 04/22/2022 | 163 | RESPONSE to Motion re 153 MOTION to Compel *Responses to Discovery* filed by Twin Med LLC. (Baker, Karen) (Entered: 04/22/2022) |
| 04/27/2022 | 164 | ORDER granting 89 Motion for Summary Judgment as to Counts I and II; and dismissing the claims for account stated in Count III and unjust enrichment in Count IV because the Court has found that Defendants breached the Agreement. Signed by Judge James M. Moody Jr. on 4/27/2022. (ldb) (Entered: 04/27/2022) |

| | | |
|---|---|---|
| 05/02/2022 | <u>165</u> | Mail Returned Undeliverable as to Pro Procurement Services LLC c/o Sam Rosenbaum re 158 Text Entry Only Order. (fjg) (Entered: 05/02/2022) |
| 05/03/2022 | 166 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER finding as moot <u>145</u> Motion to Compel; finding as moot <u>153</u> Motion to Compel as a result of the Court's Order dated 4/27/2022. Signed by Judge James M. Moody Jr. on 5/3/2022. (sjh) (Entered: 05/03/2022) |
| 05/03/2022 | <u>167</u> | MOTION to Dismiss by Twin Med LLC (Donovan, Richard) (Entered: 05/03/2022) |
| 05/03/2022 | <u>168</u> | BRIEF IN SUPPORT re <u>167</u> Motion to Dismiss filed by Twin Med LLC. (Donovan, Richard) (Entered: 05/03/2022) |
| 05/06/2022 | <u>169</u> | RESPONSE re <u>90</u> Statement of Facts (Local Rule 56.1) *to Defendant's Statement of Material Facts to Which There is No Genuine Dispute* filed by Twin Med LLC. (Baker, Karen) (Entered: 05/06/2022) |
| 05/06/2022 | <u>170</u> | RESPONSE in Opposition re <u>160</u> MOTION for Summary Judgment filed by Twin Med LLC. (Baker, Karen) (Entered: 05/06/2022) |
| 05/11/2022 | <u>171</u> | MOTION for Reconsideration re <u>164</u> Order on Motion for Summary Judgment, by Batesville Holdings LLC, Broadway Health Holdings LLC, Creekside Health Holdings LLC, Glenwood Health & Rehabilitation LLC, Heritage of Hot Springs Holdings LLC, Highlands of Fort Smith Holdings LLC, Highlands of Little Rock South Cumberland Holdings LLC, Highlands of Little Rock West Markham LLC, Highlands of Mountain View SNF Holdings LLC, Highlands of Rogers Dixieland Holdings LLC, Highlands of Stamps Holdings LLC, Highlands of Stamps Holdings LLC, Jonesboro Holdings LLC, Laurel Brook Healthcare & Rehabilitation Center LLC, Lindley HealthCare and Rehabilitation Center LLC, Linrock Health Care and Rehabilitation Center LLC, Lonoke Healthcare Center and Rehabilitation Facility LLC, Magnolia Health Holdings LLC, Mine Creek Holdings LLC, Joseph Schwartz, Searcy Holdings LLC, Skyline Healthcare LLC, Waters of North Little Rock LLC, White Hall Holdings LLC (Attachments: # <u>1</u> Exhibit Declaration)(Fedor, Robert) (Entered: 05/11/2022) |
| 05/11/2022 | <u>172</u> | BRIEF IN SUPPORT re <u>171</u> Motion for Reconsideration,,,, filed by Batesville Holdings LLC, Broadway Health Holdings LLC, Creekside Health Holdings LLC, Crown Point HealthCare & Rehabilitation Center LLC, Heritage of Hot Springs Holdings LLC, Highlands of Fort Smith Holdings LLC, Highlands of Little Rock South Cumberland Holdings LLC, Highlands of Little Rock West Markham LLC, Highlands of Mountain View SNF Holdings LLC, Highlands of Rogers Dixieland Holdings LLC, Highlands of Stamps Holdings LLC, Highlands of Stamps Holdings LLC, Jonesboro Holdings LLC, Laurel Brook Healthcare & Rehabilitation Center LLC, Lindley HealthCare and Rehabilitation Center LLC, Linrock Health Care and Rehabilitation Center LLC, Lonoke Healthcare Center and Rehabilitation Facility LLC, Magnolia Health Holdings LLC, Mine Creek Holdings LLC, Joseph Schwartz, Searcy Holdings LLC, Skyline Healthcare LLC, Spring Place Healthcare & Rehabilitation Center LLC, Waters of North Little Rock LLC, White Hall Holdings LLC. (Fedor, Robert) (Entered: 05/11/2022) |
| 05/11/2022 | <u>173</u> | MOTION for Attorney Fees by Twin Med LLC (Attachments: # <u>1</u> Exhibit Exhibit 1, # <u>2</u> Exhibit Exhibit 2, # <u>3</u> Exhibit Exhibit 3, # <u>4</u> Exhibit Exhibit 4)(Baker, Karen) (Entered: 05/11/2022) |
| 05/11/2022 | <u>174</u> | BRIEF IN SUPPORT re <u>173</u> Motion for Attorney Fees filed by Twin Med LLC. (Baker, Karen) (Entered: 05/11/2022) |
| 05/13/2022 | <u>175</u> | Mail Returned Undeliverable as to Pro Procurement Services LLC c/o Sam Rosenbaum re 166 Text Entry Only Order. (fjg) (Entered: 05/13/2022) |
| 05/23/2022 | <u>176</u> | ORDER granting <u>171</u> Defendant's motion to reconsider and affirming the decision for the reasons stated in <u>164</u> Court's Order dated 04/27/2022; denying <u>160</u> Defendants' motion for summary judgment; granting <u>167</u> Plaintiff's motion to voluntarily dismiss Counts V and VI of the Complaint; taking under advisement <u>173</u> motion for attorney fees; directing Plaintiff to brief the issue of prejudgment interest by 5:00 p.m. on 05/27/2022 specifically identifying the damage amounts, dates incurred, and interest to be applied; directing Defendants' to respond by 5:00 p.m. on 06/03/2022; and directing the Clerk to remove the case from the trial docket. The case will remain open until the |

| | | interest is determined. Signed by Judge James M. Moody Jr. on 05/23/2022. (llg) (Entered: 05/23/2022) |
|---|---|---|
| 05/25/2022 | 177 | Mail Returned Undeliverable as to Pro Procurement Services LLC c/o Sam Rosenbaum re 151 Text Entry Only Order. (fjg) (Entered: 05/25/2022) |
| 05/25/2022 | 178 | RESPONSE in Opposition re 173 MOTION for Attorney Fees filed by Batesville Holdings LLC, Broadway Health Holdings LLC, Creekside Health Holdings LLC, Crown Point HealthCare & Rehabilitation Center LLC, Heritage of Hot Springs Holdings LLC, Highlands of Fort Smith Holdings LLC, Highlands of Little Rock South Cumberland Holdings LLC, Highlands of Little Rock West Markham LLC, Highlands of Mountain View SNF Holdings LLC, Highlands of Rogers Dixieland Holdings LLC, Highlands of Stamps Holdings LLC, Highlands of Stamps Holdings LLC, Jonesboro Holdings LLC, Laurel Brook Healthcare & Rehabilitation Center LLC, Lindley HealthCare and Rehabilitation Center LLC, Linrock Health Care and Rehabilitation Center LLC, Lonoke Healthcare Center and Rehabilitation Facility LLC, Magnolia Health Holdings LLC, Mine Creek Holdings LLC, Joseph Schwartz, Searcy Holdings LLC, Skyline Healthcare LLC, Spring Place Healthcare & Rehabilitation Center LLC, White Hall Holdings LLC. (Fedor, Robert) (Entered: 05/25/2022) |
| 05/27/2022 | 179 | BRIEF filed by Twin Med LLC *on Prejudgment Interest* (Baker, Karen) (Entered: 05/27/2022) |
| 06/01/2022 | 180 | MOTION for Leave to File *Reply* by Twin Med LLC (Attachments: # 1 Exhibit)(Baker, Karen) (Entered: 06/01/2022) |
| 06/02/2022 | 181 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER granting 180 Motion for Leave to File Reply. Signed by Judge James M. Moody Jr. on 6/2/2022. (sjh) (Entered: 06/02/2022) |
| 06/02/2022 | 182 | REPLY in Support re 173 Motion for Attorney Fees filed by Twin Med LLC. (Baker, Karen)(Docket text modified on 6/2/2022 to correct the description of the document filed)(jak) (Entered: 06/02/2022) |
| 06/02/2022 | | NOTICE OF DOCKET CORRECTION re 182 Response in Support of Motion. CORRECTION: The docket text was modified to correct the description of the document filed as "REPLY in Support re 173 Motion for Attorney Fees" as marked on the document. (jak) (Entered: 06/02/2022) |
| 06/03/2022 | 183 | RESPONSE in Opposition re 173 MOTION for Attorney Fees and 179 Plaintiff's Brief on Prejudgment Interest filed by Batesville Holdings LLC, Broadway Health Holdings LLC, Creekside Health Holdings LLC, Crown Point HealthCare & Rehabilitation Center LLC, Heritage of Hot Springs Holdings LLC, Highlands of Fort Smith Holdings LLC, Highlands of Little Rock South Cumberland Holdings LLC, Highlands of Little Rock West Markham LLC, Highlands of Mountain View SNF Holdings LLC, Highlands of Rogers Dixieland Holdings LLC, Highlands of Stamps Holdings LLC, Highlands of Stamps Holdings LLC, Jonesboro Holdings LLC, Laurel Brook Healthcare & Rehabilitation Center LLC, Lindley HealthCare and Rehabilitation Center LLC, Linrock Health Care and Rehabilitation Center LLC, Lonoke Healthcare Center and Rehabilitation Facility LLC, Magnolia Health Holdings LLC, Mine Creek Holdings LLC, Joseph Schwartz, Searcy Holdings LLC, Skyline Healthcare LLC, Waters of North Little Rock LLC, White Hall Holdings LLC. (Fedor, Robert) Docket entry modified on 6/6/2022 to establish linkage. (kbc) (Entered: 06/03/2022) |
| 06/06/2022 | 184 | Mail Returned Undeliverable as to Pro Procurement Services LLC c/o Sam Rosenbaum re 176 Order. (fjg) (Entered: 06/06/2022) |
| 06/06/2022 | | NOTICE OF DOCKET CORRECTION re 183 Response in Opposition. CORRECTION: The docket entry was modified to establish linkage to and 179 Plaintiff's Brief on Prejudgment Interest as indicated on the document.(kbc) (Entered: 06/06/2022) |
| 06/07/2022 | 185 | Mail Returned Undeliverable as to Pro Procurement Services LLC c/o Sam Rosenbaum re 164 Order. (fjg) (Entered: 06/07/2022) |
| 06/13/2022 | 186 | Mail Returned Undeliverable as to Pro Procurement Services LLC re 181 Order, Notice of Docket Correction. (jbh) (Entered: 06/13/2022) |

| 06/21/2022 | 187 | Mail Returned Undeliverable as to Pro Procurement Services LLC c/o Sam Rosenbaum re Notice of Docket Correction re 183 Response in Opposition. (fjg) (Entered: 06/21/2022) |
|---|---|---|
| 08/18/2022 | 188 | ORDER granting 173 Motion for Attorneys' Fees. Signed by Judge James M. Moody Jr. on 8/18/2022. (ldb) (Entered: 08/18/2022) |
| 08/18/2022 | 189 | JUDGMENT: Judgment is hereby entered in favor of the Plaintiff against the Defendants. Plaintiff is awarded damages in the amount of $5,066,227.24, pre–judgment interest in the amount of $2,447,961.70 (12% interest compounded monthly for 1205 days or 3.30137 years), and attorneys' fees and costs in the amount of $145,167.82 for a total of $7,659,356.76. Interest will accrue on the total amount at the rate of 3.28% per annum until paid. Signed by Judge James M. Moody Jr. on 8/18/2022. (ldb) (Entered: 08/18/2022) |
| 09/06/2022 | 190 | Mail Returned Undeliverable as to Pro Procurement Services LLC c/o Sam Rosenbaum re 188 Order, 189 Judgment. (fjg) (Entered: 09/06/2022) |
| 09/14/2022 | 191 | NOTICE OF APPEAL as to 164 Order on Motion for Summary Judgment, 189 Judgment,, 188 Judgment on Attorney Fees by Batesville Holdings LLC, Broadway Health Holdings LLC, Creekside Health Holdings LLC, Crown Point HealthCare & Rehabilitation Center LLC, Heritage of Hot Springs Holdings LLC, Highlands of Fort Smith Holdings LLC, Highlands of Little Rock South Cumberland Holdings LLC, Highlands of Little Rock West Markham LLC, Highlands of Mountain View SNF Holdings LLC, Highlands of Rogers Dixieland Holdings LLC, Highlands of Stamps Holdings LLC, Highlands of Stamps LLC, Jonesboro Holdings LLC, Laurel Brook Healthcare & Rehabilitation Center LLC, Lindley HealthCare and Rehabilitation Center LLC, Linrock Health Care and Rehabilitation Center LLC, Lonoke Healthcare Center and Rehabilitation Facility LLC, Magnolia Health Holdings LLC, Mine Creek Holdings LLC, Joseph Schwartz, Searcy Holdings LLC, Skyline Healthcare LLC, Spring Place Healthcare & Rehabilitation Center LLC, Stonegate Villa Health and Rehabilitation LLC, White Hall Holdings LLC. (Fedor, Robert) (Entered: 09/14/2022) |
| 09/14/2022 | 192 | NOTIFICATION OF APPEAL and NOA SUPPLEMENT as to 191 Notice of Appeal re 164 Order, 188 Order, 189 Judgment. NOTIFICATION TO COUNSEL: REQUEST FOR TRANSCRIPTS SHOULD BE FILED WITH THE DISTRICT COURT CLERK. (jbh) (Entered: 09/14/2022) |

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

TWIN MED, LLC            PLAINTIFF

V.         4:19CV415 JM

SKYLINE HEALTHCARE, LLC, et al,       DEFENDANTS

### ORDER

Pending is the motion for summary judgment filed by Plaintiff Twin Med, LLC. The motion has been fully briefed. For the reasons stated below, the motion is granted.

 I.  <u>Background</u>

Plaintiff is a supplier of disposable medical supplies. Defendants admit that Plaintiff began supplying Defendants with medical supplies in or about late 2016 or early 2017 and that they agreed to pay those invoices. (Answer, ECF 132 at ¶ 31). On or around November 1, 2017, the parties entered into the Medical Supply Agreement in which Plaintiff agreed to be the exclusive provider of disposable medical supplies and other supplies to Defendants in return for Defendants' agreement to exclusively purchase said goods from Plaintiff for a term of 3 years ("Agreement"). *Id.* at ¶ 32. Defendant Skyline Healthcare, LLC entered into the Agreement "on behalf of itself and the facilities" listed in the exhibit to the Agreement referred to as the "Covered Facilities." [1] *Id.* at ¶ 33. In paragraph 8 of the Agreement, the Defendants warranted

---

[1] Skyline's Covered Entities include Defendants Searcy Holdings, LLC D/B/A Searcy Health and Rehab; Lonoke Healthcare Center and Rehabilitation Facility, LLC D/B/A Grand Prairie Care and Rehabilitation; Spring Place Healthcare & Rehabilitation Center, LLC; Highlands of Little Rock West Markham, LLC D/B/A Highlands of Little Rock at Midtown Therapy and Living Center; Broadway Health Holdings, LLC D/B/A Broadway Health and Rehabilitation and D/B/A Broadway Holdings, LLC; Laurel Brook Healthcare & Rehabilitation Center, LLC; Dierks Healthcare & Rehabilitation Center, LLC; Highlands of Little Rock South Cumberland Holdings, LLC D/B/A Highlands of Little Rock at Cumberland Therapy and Living Center; Highlands of Mountain View SNF Holdings, LLC D/B/A Highlands of Mountain View Therapy and Living Center; Magnolia Health Holdings, LLC D/B/A Magnolia Health and Rehab and D/B/A Magnolia Holdings, LLC; White Hall Holdings, LLC D/B/A

that they have unqualified legal authority to bind Skyline Healthcare, LLC and the Covered Facilities to the terms of the Agreement. *Id.*

Defendants admit that on page 4 of the Agreement Defendant Joseph Schwartz signed and agreed to personally guarantee "the prompt full and complete payment of all unpaid, past due invoices and any other liabilities relating, or arising out of" the Agreement. *Id*. at ¶ 42. Plaintiff alleges that Schwartz, the sole member of Skyline Healthcare, personally guaranteed all debts owed to Twin Med pursuant to the Agreement.

Plaintiff alleges that the Defendants breached the Agreement by failing to pay for the goods provided and by purchasing medical supplies from other suppliers. Plaintiff also alleges that Schwartz breached his personal guarantee, pierced the corporate veil, and committed fraud. In the alternative, Plaintiff seeks an account stated and unjust enrichment from all Defendants. Plaintiff moves the Court for summary judgment of Counts I through IV. Plaintiff does not seek summary judgment as to its fraud claim against Schwarz in Count VI  or piercing the corporate veil in Count V. The Court has subject matter jurisdiction over the case and personal jurisdiction over the parties.

II.     Standard for Summary Judgment

Summary judgment is appropriate only when there is no genuine issue of material fact, so that the dispute may be decided solely on legal grounds. *Holloway v. Lockhart*, 813 F.2d 874

---

White Hall Health and Rehab; LinRock Health Care & Rehabilitation Center, LLC; Batesville Holdings, LLC D/B/A Batesville Health and Rehab; Heritage of Hot Springs Holdings, LLC D/B/A Heritage of Hot Springs and D/B/A Hot Springs Holdings, LLC; Mine Creek Holdings, LLC D/B/A Mine Creek Health and Rehab; Jonesboro Holdings, LLC D/B/A Jonesboro Health and Rehab; Madison Health & Rehab, LLC; Highlands of Fort Smith Holdings, LLC D/B/A Highlands of Fort Smith Therapy and Living Center; Highlands of Stamps Holdings, LLC D/B/A Highlands of Stamps Therapy and Living Center; Highlands of Stamps, LLC D/B/A Highlands of Stamps Therapy and Living Center; Highlands of Rogers Dixieland Holdings, LLC D/B/A Highlands of Northwest Arkansas Therapy and Living Center; Creekside Health Holdings, LLCD/B/A Creekside Health and Rehab and D/B/A Creekside Holdings, LLC; Lindley Healthcare and Rehabilitation Center, LLC D/B/A Lindley Healthcare and Rehabilitation Center; and Crown Point Healthcare & Rehabilitation Center, LLC (the "Entity Defendants"). (ECF No. 116-2 at p. 5).

(8th Cir. 1987); <u>Fed. R. Civ. P. 56</u>. The Supreme Court has established guidelines to assist trial courts in determining whether this standard has been met:

> The inquiry performed is the threshold inquiry of determining whether there is a need for trial -- whether, in other words, there are genuine factual issues that properly can be resolved only by a finder of fact because they may reasonably be resolved in favor of either party.

*Anderson v. Liberty Lobby, Inc.*, <u>477 U.S. 242, 250</u> (1986).

The Eighth Circuit Court of Appeals has cautioned that summary judgment should be invoked carefully so that no person will be improperly deprived of a trial of disputed factual issues. *Inland Oil & Transport Co. v. United States*, <u>600 F.2d 725</u> (8th Cir. 1979), *cert. denied*, <u>444 U.S. 991</u> (1979). The Eighth Circuit set out the burden of the parties in connection with a summary judgment motion in *Counts v. M.K. Ferguson Co.*, <u>862 F.2d 1338</u> (8th Cir. 1988):

> [T]he burden on the moving party for summary judgment is only to demonstrate, *i.e.*, [to] point out to the District Court, that the record does not disclose a genuine dispute on a material fact. It is enough for the movant to bring up the fact that the record does not contain such an issue and to identify that part of the record which bears out his assertion. Once this is done, his burden is discharged, and, if the record in fact bears out the claim that no genuine dispute exists on any material fact, it is then the respondent s burden to set forth affirmative evidence, specific facts, showing that there is a genuine dispute on that issue. If the respondent fails to carry that burden, summary judgment should be granted.

*Id.* at 1339. (quoting *City of Mt. Pleasant v. Associated Elec. Coop.*, <u>838 F.2d 268, 273-274</u> (8th Cir. 1988) (citations omitted) brackets in original)). Only disputes over facts that may affect the outcome of the suit under governing law will properly preclude the entry of summary judgment. *Anderson*, <u>477 U.S. at 248</u>. Rule 56(c)(3) states that the Court need only consider the materials cited by the parties in the motion or response to the motion.

III. <u>Analysis</u>

In support of the claim for breach of contract, Plaintiff has provided the affidavit of Steve

3

Rechnitz, Executive Chairman of Twin Med, LLC. (Rechnitz Aff., ECF No. 89-1 p. 1). Rechnitz confirms Plaintiff's allegation that Joseph Schwartz authorized and directed Sam Rosenbaum to execute the Agreement on behalf of the Defendants. *Id.* at 1-2. According to Rechnitz, Rosenbaum held himself out as an agent of Joseph Schwartz and Defendants in the negotiations and execution of the Agreement. *Id.* As a result, Plaintiff provided Defendants with medical supplies for use in the covered facilities in late 2016 or early 2017. *Id.* Because of Plaintiff's concern about the Defendants' ability to pay for the goods provided, the Agreement provided that Schwartz would personally guarantee payment. *Id.* Schwartz signed a personal guarantee. *Id.* at 2. Rechnitz states that Plaintiff provided medical supplies to Defendants from May of 2017 to January of 2019. *Id.* at 2-3. Plaintiff provided timely invoices for the products to Defendants and there were no objections to the invoices. *Id.* at 3. The time for payment of the invoices has lapsed and the unpaid balance is $5,066,227.24 plus interest. *Id.*

Plaintiff has provided the affidavit of Sam Rosenbaum. Rosenbaum confirms that he is a former employee of Defendant Skyline and was authorized by Schwartz to sign the Agreement. (Rosenbaum Aff., ECF No. 89-2, p. 1). He states that after Defendant Skyline became delinquent on payment of Plaintiff's invoices Plaintiff refused to provide products to Defendants until Schwartz signed a personal guarantee of payment as contemplated in the Agreement. *Id.* at 1-2. Rosenbaum states that he explained Plaintiff's request to Schwartz and Schwartz executed the personal guarantee in Rosenbaum's presence. *Id.* at 2.

In response, the Defendants provided the affidavit of Joseph Schwartz. Schwartz states that Rosenbaum was not authorized to act on his personal behalf in negotiations with Plaintiff. (Schwartz Aff. ECF No. 133-1, p.1). He does not contest that Rosenbaum was authorized to act on behalf of Skyline when negotiating with Plaintiff. He makes no statement with regard to the

Appellate Case: 22-2953   Page: 27   Date Filed: 09/15/2022 Entry ID: September 15 2022   4

guarantee. He does not deny that he executed the personal guarantee. He does not deny that Plaintiff provided products to the Defendants. He does not claim that all payments were made to Plaintiff for the products it provided. Schwartz's statements that he was not involved in the day-to-day operations of Defendants and that he turned over the operations to a third party are not material to the question of breach under these circumstances.

Defendants have failed to provide proof that there is a genuine issue of material fact as to Plaintiff's breach of contract or breach of guarantee claims. Schwartz's declaration that Rosenbaum lacked authority to sign on Skyline's behalf is not enough to create a question of fact when Defendants have admitted in the Answer that Skyline entered into the Agreement. Further, Schwartz and the Defendants admitted that Schwartz signed and agreed to the guarantee. (Answer, ECF No. 132 at ¶¶ 42, 56). "[A] properly supported motion for summary judgment is not defeated by self-serving affidavits." *Conolly v. Clark*, 457 F.3d 872, 876 (8th Cir. 2006) (citing *Davidson & Assocs. v. Jung*, 422 F.3d 630, 638 (8th Cir. 2005) ("A plaintiff may not merely point to unsupported self-serving allegations, but must substantiate allegations with sufficient probative evidence that would permit a finding in the plaintiff's favor.")). Any lack of memory on Schwartz's part "does not, alone, create a genuine dispute of material fact." *Doe by next friend Rothert v. Chapman*, 30 F.4th 766 (8th Cir. 2022) (citing *To v. U.S. Bancorp*, 651 F.3d 888, 892 n.2, 893 (8th Cir. 2011) ("An assertion that a party does not recall an event does not itself create a question of material fact about whether the event did, in fact, occur .... lack of memory does not create a genuine factual dispute.")).

Although Defendants argue that Plaintiff has not provided adequate records to prove damages, there is no evidence that the invoices provided are incorrect. Rechnitz states that the records are correct and that the amount due is correctly stated.

5

IV.    Conclusion

Accordingly, Plaintiff's motion for summary judgment (ECF No. 89) is GRANTED as to Counts I and II. Defendants breached the Agreement by failing to pay for the products provided by Plaintiff pursuant to the Agreement in the amount of $5,066,227.24 and Schwartz breached his personal guarantee of payment under the Agreement in the same amount. Because the Court has found that Defendants breached the Agreement, the claims for account stated in Count III and unjust enrichment in Count IV are dismissed. Plaintiff has not moved the Court for summary judgment of the fraud claim or piercing the corporate veil against Schwartz.

IT IS SO ORDERED  this 27th day of April, 2022.

_____
James M. Moody Jr.
United States District Judge

6

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

TWIN MED, LLC                                                      **PLAINTIFF**

V.                              4:19CV415 JM

SKYLINE HEALTHCARE, LLC, et al,                  **DEFENDANTS**

**<u>ORDER</u>**

Pending are Defendants' motions for summary judgment and for reconsideration of the Court's Order granting summary judgment to Plaintiff on Counts I and II and dismissing Counts III and IV. Also pending are Plaintiff's motion to voluntarily dismiss Counts V and VI of the Complaint and a motion for attorney fees.

The parties have litigated this case for three years. Plaintiff filed a motion for partial summary judgment on Counts I through IV on February 9, 2021. Defendants filed a response in opposition one year later. On March 1, 2022, Defendants moved for a stay of the proceedings. The Court denied Defendants' motion to stay the proceedings noting that Plaintiff's motion for partial summary judgment had already been fully briefed. Although the motion for partial summary judgment was ripe for review, Plaintiff requested an extension of the discovery deadline to depose Defendant Schwartz which the Court granted.

Seven weeks after the Court denied Defendants' motion to stay the proceedings, the Court notified the parties by email that Plaintiff's motion for partial summary judgment would be granted. Six days later Defendants filed a transcript of Mr. Schwartz's deposition with no supporting pleading. On April 22, 2022, Defendants filed a motion for summary judgment. Defendants also filed a motion to reconsider the Court's Order granting summary judgment on Counts I and II.

The Court affirms the Order granting summary judgment to Plaintiff on Count I and II and dismissing Counts III and IV. Neither a lack of memory nor a self-serving statement alone is enough to create a question of fact to defeat a properly supported motion for summary judgment. The Court declines Defendants' cursory request to strike paragraphs 42 and 56 from the Answer.

Defendants' motion for summary judgment is denied. Defendants have failed to provide proof that there is a genuine issue of material fact as to any claim.

For these reasons and the reasons stated in the Court's Order dated April 27, 2022, Defendant's motion to reconsider (ECF No. 171) is GRANTED and the decision is affirmed. Defendants' motion for summary judgment (ECF No. 160) is DENIED. Plaintiff's motion to voluntarily dismiss Counts V and VI of the Complaint (ECF No. 167) is GRANTED. Plaintiff is directed to brief the issue of prejudgment interest by 5:00 p.m. May 27th specifically identifying the damage amounts, dates incurred, and interest to be applied. Defendants' response is due by 5:00 p.m. June 3rd. The motion for attorney fees is taken under advisement. The Clerk is directed to remove the case from the trial docket. The case will remain open until the interest is determined.

IT IS SO ORDERED this 23rd of May, 2022.

James M. Moody Jr.
United States District Judge

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**TWIN MED, LLC**                                          **PLAINTIFF**

**V.**                         **4:19CV415 JM**

**SKYLINE HEALTHCARE, LLC, et al,**                  **DEFENDANTS**

## ORDER

In the Motion for Attorneys' Fees and Costs and Interest, Twin Med seeks $142,893.20 in attorneys' fees, $2,274.62 in costs pursuant to 28 U.S.C.A. §1920, prejudgment interest at the rate specified in the Agreement, and post-judgment interest at the governing federal rate. Defendants argue that the request for attorneys' fees is excessive and unreasonable. Defendants contend that Defendant Schwartz is not personally liable for prejudgment interest or attorneys' fees pursuant to Section 1717 of the Civil Code of the State of California.

I.      Choice of Laws

Paragraph 5 of the Agreement states that the prevailing party in an action to enforce the Agreement is entitled to actual attorney's fees and costs. (ECF NO. 89-2 p.5) Defendants argue that California law should govern the attorneys' fees issue because the Agreement is governed by California law. The Eighth Circuit has explained the law on this issue:

> As a federal court sitting in diversity, we apply state law governing the award of attorney's fees, but to determine which state's law to apply, we look to the conflict-of-law principles of Arkansas, the forum state. Under its conflict-of-law principles, Arkansas courts apply another state's law only when the issue before the court is substantive rather than procedural. And Arkansas treats the issue of attorney's fees as a procedural matter governed by the laws of the State of Arkansas.

*Randy Kinder Excavating, Inc. v. JA Manning Constr. Co., Inc.*, 8 F.4th 724, 727–28 (8th Cir. 2021) (internal citations omitted). Accordingly, Arkansas law applies to the issue of attorneys' fees in this case.

## II. Attorneys' Fees

### a. Reasonableness

The Agreement expressly provides that attorneys' fees are recoverable. The provision is binding without regard to which state law applies. However, the Court will look to Arkansas law to determine the appropriate amount of fees to award. Arkansas courts are guided by the *Chrisco* factors in awarding attorney's fees. *Chrisco v. Sun Indus., Inc.*, 800 S.W.2d 717, 718–19 (Ark. 1990). Those eight factors are:

> (1) the experience and ability of counsel; (2) the time and labor required to perform the legal service properly; (3) the amount involved in the case and the results obtained; (4) the novelty and difficulty of the issues involved; (5) the fee customarily charged in the locality for similar services; (6) whether the fee is fixed or contingent; (7) the time limitations imposed upon the client or by the circumstances; and (8) the likelihood, if apparent to the client, that the acceptance of the particular employment will preclude other employment by the lawyer.

*G & K Servs. Co. v. Bill's Super Foods, Inc.*, 766 F.3d 797, 801 (8th Cir. 2014).

Ms. Baker and Mr. Donovan, both members of the Rose Law Firm, were the lead attorneys for Twin Med throughout the case. Mr. Donovan has been a practicing lawyer for thirty-nine (39) years and Ms. Baker has been practicing with the Rose Firm for twelve (12) years. Both are skilled attorneys and highly regarded in the Little Rock community. Mr. Abramson also appeared on behalf of Twin Med. He has been practicing law in California for thirty (30) years and has extensive experience in commercial contract and collection actions.

There is no doubt that the case was time-consuming for the attorneys on both sides. The case was complicated by the fact that many limited liability companies were involved, there were

jurisdictional issues, and Mr. Schwartz was under criminal indictment during the litigation. The case involved an amount in controversy over five million dollars which was ultimately awarded to Twin Med. Twin Med's attorneys charged fixed fees in amounts customarily charged by attorneys of their caliber in their respective localities. After consideration of the *Chrisco* factors and review of the billing records, the Court finds that the attorneys' fees requested in the amount of $142,893.20 are reasonable and appropriate.

b.  Schwartz's Liability for Attorneys' Fees

Defendants argue that Schwartz is not liable for attorneys' fees because the guarantee which he signed does not specifically authorize attorneys' fees. Defendants contend that the guarantee is governed by California law which only awards attorneys' fees in contract disputes when they are expressly provided in the contract. Therefore, they argue Schwartz is not liable for the fees.

The Court finds that attorneys' fees are expressly awarded under the guarantee because the guarantee is part of the Agreement. Further, Schwartz agreed to "personally guarantee the prompt, full and complete payment of all unpaid, past due invoices, and *any other liabilities relating to, or arising out of, this Agreement*." (ECF No. 89-2). The Court finds that the attorneys' fees requested by Twin Med are liabilities arising out of the Agreement. Schwartz is liable for the fees.

III.    Costs

There has been no objection by the Defendants to the costs requested by Twin Med. The Court finds that the costs requested are authorized by 28 U.S.C. § 1920. Twin Med is awarded $2,274.62 for costs. As a separate defendant, Schwartz is also liable for the costs.

IV.    Pre-Judgment Interest

Under both Arkansas and California law, prejudgment interest is recoverable in contract

actions at the rate specified in the contract. The parties agree that Section 2.2 of the Agreement provides for a delinquency fee equal to twelve percent (12%) annually (compounded monthly) of any past due balance. (ECF No. 89-2 p. 2). Again, Defendants argue that Schwartz is not liable for prejudgment interest because the guarantee does not specifically provide for it. As stated, the guarantee is a part of the Agreement. The Agreement provides a 12% fee on a past due balance and Schwarz, as a guarantor of the Agreement, is liable for the fee.

Defendants breached the Agreement by failing to pay invoices in the principal amount of $5,066,277.24. The invoices were due, at the latest, by January, 2019. A balance is delinquent under the Agreement if not paid within ninety (90) days. The invoices were due by May 1, 2019, ninety (90) days after January 31, 2019. Pre-judgment interest will be calculated from May 2, 2019 to the date of Judgment.

V.      Post-Judgment Interest

In diversity cases, post-judgment interest is mandatory and federal district courts must apply 28 U.S.C. § 1961 to calculate the rate of post-judgment interest. 28 U.S.C. § 1961(a) (providing that post-judgment interest "shall be allowed on any money judgment in a civil case recovered in a district court"); *see also Hillside Enters. v. Carlisle Corp.*, 69 F.3d 1410, 1416 (8th Cir. 1995). "The phrase 'any money judgment' in section 1961(a) is construed as including a judgment awarding attorneys' fees." *Jenkins by Agyei v. Missouri*, 931 F.2d 1273, 1275 (8th Cir. 1991). Post-judgment interest is "calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding." 28 U.S.C. § 1961(a). The federal post-judgment interest rate for civil judgments entered this week is 3.28%. Post-

4

judgment interest at a rate of 3.28% on the total judgment, including pre-judgment interest and attorneys' fees, will accrue from the date of Judgment.

VI.     Conclusion

Twin Med's Motion for Attorneys' Fees (ECF No. 173) is GRANTED.

IT IS SO ORDERED this 18th day of August, 2022.

_____
James M. Moody Jr.
United States District Judge

5

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

TWIN MED, LLC                                                    **PLAINTIFF**

V.                                    **4:19CV415 JM**

SKYLINE HEALTHCARE, LLC, et al,                    **DEFENDANTS**

## JUDGMENT

Judgment is hereby entered in favor of the Plaintiff against the Defendants. Plaintiff is awarded damages in the amount of $5,066,227.24, pre-judgment interest in the amount of $2,447,961.70 (12% interest compounded monthly for 1205 days or 3.30137 years), and attorneys' fees and costs in the amount of $145,167.82 for a total of $7,659,356.76. Interest will accrue on the total amount at the rate of 3.28% per annum until paid.

IT IS SO ORDERED this 18th day of August, 2022.

_____
James M. Moody Jr.
United States District Judge

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| TWIN MED, LLC | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 4:19-cv-00415-JM |
| SKYLINE HEALTHCARE LLC, *et al*., | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

## **NOTICE OF APPEAL**

Notice is hereby given that Defendants Skyline Healthcare, LLC; Joseph Schwartz;
Searcy Holdings, LLC d/b/a Searcy Health and Rehab; Lonoke Healthcare Center and
Rehabilitation Facility, LLC d/b/a Grand Prairie Care and Rehabilitation; Highlands of Little
Rock West Markham, LLC d/b/a Highlands of Little Rock at Midtown Therapy and Living
Center; Midtown Therapy and Living Center; Broadway Health Holdings, LLC d/b/a Broadway
Health and Rehabilitation; Laurel Brook Healthcare & Rehabilitation Center, LLC; Highlands of
Little Rock South Cumberland Holdings, LLC d/b/a Highlands of Little Rock at Cumberland
Therapy and Living Center; Highlands of Mountain View SNF Holdings, LLC d/b/a Highlands
of Mountain View Therapy and Living Center; Magnolia Health Holdings, LLC d/b/a Magnolia
Health and Rehab; White Hall Holdings, LLC d/b/a White Hall Health and Rehab; Linrock
Health Care and Rehabilitation Center LLC; Batesville Holdings, LLC d/b/a Batesville Health
and Rehab; Heritage of Hot Springs Holdings, LLC d/b/a Heritage of Hot Springs; Mine Creek
Holdings, LLC d/b/a Mine Creek Health and Rehab; Jonesboro Holdings, LLC d/b/a Jonesboro
Health and Rehab; Highlands of Fort Smith Holdings, LLC d/b/a Highlands of Fort Smith

Therapy and Living Center; Highlands of Stamps Holdings, LLC d/b/a Highlands of Stamps Therapy and Living Center; Highlands of Rogers Dixieland Holdings, LLC d/b/a Highlands of Northwest Arkansas Therapy and Living Center; Creekside Health Holdings, LLC d/b/a Creekside Health and Rehab; Lindley Healthcare and Rehabilitation Center, LLC d/b/a Lindley Healthcare and Rehabilitation Center; and Crown Point Healthcare & Rehabilitation Center, LLC, by and through their undersigned counsel, hereby appeal to the United States Court of Appeals for the Eighth Circuit from the District Court's Order dated April 27, 2022 (Doc. No. 164); Order dated August 18, 2022 (Doc. No. 188), and Judgment dated August 18, 2022 (Doc. No. 189).

Dated: September 14, 2022

Respectfully submitted,

**ROBERT J. FEDOR, ESQ., LLC**
Robert J. Fedor (OH #0042653)
*Admitted Pro Hac Vice*
23550 Center Ridge Road, Suite 107
Westlake, Ohio 44145
(440) 250-9709
Fax: (440) 250-9714
rjfedor@fedortax.com
*Attorney for Defendants*

**MCDANIEL RICHARDSON & CALHOUN**
Bart Calhoun, Ark. Bar No. 2011221
1020 West Fourth Street, Suite 410
Little Rock, Arkansas 72201
(501) 235-8336
bcalhoun@mrcfirm.com
*Local Counsel for Defendants*

- 2 -

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on September 14, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System which will send a notification of such filing to:

Richard Donovan
Betsy Baker
ROSE LAW FIRM
120 East Fourth Street
Little Rock, Arkansas 72201-2893
*Attorneys for Plaintiff*

Ronald S. Burnett, Jr.
PARKER HURST & BURNETT, PLC
3000 Browns Lane
Jonesboro, Arkansas 72401
*Attorney for Madison Health & Rehab, LLC*

I further certify that Defendant Pro Procurement Services, LLC was served, via U.S. Mail, on September 14, 2022 at the following:

Pro Procurement Services, LLC
1 Lawrence Street
Spring Valley, New York 10977

Pro Procurement Services, LLC
c/o Registered Agent Rabin Gold
40 Vreeland Avenue, Suite 104
Totowa, New Jersey 07512

ROBERT J. FEDOR, ESQ., LLC
Robert J. Fedor

- 3 -

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of case)

Date 9/14/2022

| | |
|---|---|
| **Caption:** | Twin Med LLC v. Skyline Healthcare LLC et al |
| **Case No.:** | 4:19-cv-00415-JM |
| **Appellant:** | Skyline Healthcare LLC, Joseph Schwartz, Searcy Holdings LLC, et al. |
| **Appellant's Attorney(s):** | Bart W. Calhoun, Robert J. Fedor |
| **Appellees:** | Twin Med LLC |
| **Appellee's Attorney(s):** | Karen Baker, Richard T. Donovan |
| **Court Reporter(s):** | Karen Dellinger |

**Name of Person who prepared appeal:** Brady Hibbs, Deputy Clerk (501-604-5356)

| Length of Trial (# of days) | Fee Paid? Y/N: | IFP Granted? Y/N | Pending IFP Motion Pending? Y/N |
|---|---|---|---|
| N/A | N | N | N |

| Counsel Retained/Appointed/Pro Se | Pending Motions? Y/N |
|---|---|
| Retained | N |

**CRIMINAL CASES ONLY:**

**Is defendant incarcerated?** _____

**Where?** _____
**Address of Defendant:** _____

**Please list all other defendants in this case if there were multiple defendants:**
_____

**Special Comments:** _____