# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 22-2953
_____

Twin Med LLC

Plaintiff - Appellee

v.

Skyline Healthcare LLC

Defendant - Appellant

Pro Procurement Services LLC

Defendant

Joseph Schwartz; Searcy Holdings LLC, doing business as Searcy Health and Rehab; Lonoke Healthcare Center and Rehabilitation Facility LLC, doing business as Grand Prairie Care and Rehabilitation

Defendants - Appellants

Spring Place Healthcare & Rehabilitation Center LLC

Defendant

Broadway Health Holdings LLC, doing business as Broadway Health and Rehabilitation, doing business as Broadway Holdings LLC; Laurel Brook Healthcare & Rehabilitation Center LLC

Defendants - Appellants

Dierks Healthcare & Rehabilitation Center LLC

Defendant

Highlands of Little Rock West Markham LLC, doing business as Highlands of Little Rock at Midtown Therapy and Living Center; Highlands of Mountain View SNF Holdings LLC, doing business as Highlands of Mountain View Therapy and Living Center; Magnolia Health Holdings LLC; White Hall Holdings LLC, doing business as White Hall Health and Rehab; Linrock Health Care and Rehabilitation Center LLC; Batesville Holdings LLC, doing business as Batesville Health and Rehab LLC; Heritage of Hot Springs Holdings LLC, doing business as Heritage of Hot Springs, doing business as Hot Springs Holding LLC; Mine Creek Holdings LLC, doing business as Mine Creek Health and Rehab; Highlands of Fort Smith Holdings LLC, doing business as Highlands of Fort Smith Therapy and Living Center; Jonesboro Holdings LLC, doing business as Jonesboro Health and Rehab LLC; Highlands of Stamps Holdings LLC, doing

business as Highlands of Stamps Therapy and Living Center; Highlands of Stamps LLC, doing business as Highlands of Stamps Therapy and Living Center; Highlands of Rogers Dixieland Holdings LLC, doing business as Highlands of Northwest Arkansas Therapy and Living Center; Creekside Health Holdings LLC, doing business as Creekside Health and Rehab, doing business as Creekside Holdings LLC; Lindley HealthCare and Rehabilitation Center LLC, doing business as Lindley Healthcare and Rehabilitation Center; Crown Point HealthCare & Rehabilitation Center LLC

Defendants - Appellants

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:19-cv-00415-JM)

## JUDGMENT

Before GRUENDER, GRASZ and KOBES, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

February 23, 2024

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
         /s/ Michael E. Gans