# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-2953

Twin Med LLC

Appellee

v.

Skyline Healthcare LLC

Appellant

Pro Procurement Services LLC

Joseph Schwartz, et al.

Appellants

Spring Place Healthcare & Rehabilitation Center LLC

Broadway Health Holdings LLC, doing business as Broadway Health and Rehabilitation, doing business as Broadway Holdings LLC and Laurel Brook Healthcare & Rehabilitation Center LLC

Appellants

Dierks Healthcare & Rehabilitation Center LLC

Highlands of Little Rock West Markham LLC, doing business as Highlands of Little Rock at Midtown Therapy and Living Center, et al.

Appellants

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:19-cv-00415-JM)
_____

**MANDATE**

In accordance with the opinion and judgment of February 23, 2024, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

March 15, 2024

Clerk, U.S. Court of Appeals, Eighth Circuit